AO 91 (Rev. 11/11) Criminal Complaint

AUSA Matthew Kutcher (312) 469-6132
AUSA Kristen Viglione (312) 353-5340

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**18CR       157**

UNITED STATES OF AMERICA

v.

JONATHAN MASON, a/k/a "Chip,"
EDUARDO ANDERSON, a/k/a "Doe,"
DERRICK WILTZ, a/k/a "Do-Dirty,"
KEVIN TWYMAN, DENNIS MYERS,
a/k/a "Dino," DEON PUGH, RYAN
PEARSON, MARTELL WHITE, ALVIN
WILLIAMS, PARIS OBRYANT, and
WILLIAM RUTLEDGE

CASE NUMBER:

**UNDER SEAL**   **MAGISTRATE JUDGE VALDEZ**

**FILED**
3-13-18
MAR 13 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

## Count One

*Code Section*

Title 21, United States Code, Section 846

*Offense Description*

Beginning no later than in or about September 7, 2017, and continuing to in or about March 8, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, defendants JONATHAN MASON, EDUARDO ANDERSON, DERRICK WILTZ, KEVIN TWYMAN, DENNIS MYERS, DEON PUGH, RYAN PEARSON, MARTELL WHITE, ALVIN WILLIAMS, and PARIS OBRYANT did conspire with each other and with others known and unknown to knowingly and intentionally distribute controlled substances, namely, 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-1 [1-(2-phenylethyl)-4-piperindinyl] propanamide), a

Schedule II Controlled Substance, and 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

**Count Two**

*Code Section*

Title 21, United States Code, Section 841(a)(1)

*Offense Description*

On or about February 26, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, defendant WILLIAM RUTLEDGE did knowingly and intentionally possess with the intent to distribute a controlled substance, namely, 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

EMILY MUNCHIANDO
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: March 13, 2018

*Judge's signature*

City and state: Chicago, Illinois

MARIA VALDEZ, U.S. Magistrate Judge
*Printed name and Title*

I, Emily Munchiando, being duly sworn, state as follows:

## I.     INTRODUCTION

1.     I am a Special Agent with the Federal Bureau of Investigation. I have been so employed since approximately March 2015. I am currently assigned to a criminal enterprise squad that focuses on violent crime taking place on the south side of Chicago.

2.     My official duties include the investigation of drug trafficking organizations and violations of federal narcotics laws, including offenses defined by 21 U.S.C. §§ 841, 843 and 846. I have received specialized training in the methods by which individuals and drug trafficking organizations conduct their illegal drug trafficking activities, as well as in the use of various investigative techniques used to uncover unlawful drug trafficking. I have also participated in multiple investigations involving illegal drug trafficking by drug trafficking organizations. Through my experience and training, I am familiar with the ways in which drug traffickers conduct their unlawful drug trafficking activity, including their use of code words and numbers to conduct their transactions, their methods for concealing narcotics and narcotics proceeds and their use of violence and threats of violence to protect their organization. I have received further specialized training concerning the interception of wire and electronic communications.

3.     This Affidavit is made in support of a complaint charging defendants with violations of controlled substances offenses, in violation of Title 21, United States Code, Sections 841 and 846. Because this Affidavit is being submitted for the limited purpose of establishing probable cause to support the criminal complaint and

the issuance of arrest warrants against the proposed defendants, it contains only a summary of relevant facts. I have not included each and every fact known to me concerning the entities, individuals, and events described in this Affidavit. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendants committed the offenses alleged in the complaint.

4.     I am familiar with the facts and circumstances regarding this investigation as a result of my personal participation in this investigation, and my review of: (1) reports and information provided by other law enforcement officers, including oral and written reports that I have received from other law enforcement officers; (b) telephone records, including subscriber information, toll records, pen registers, and trap and trace information, and phone location monitoring; (c) information obtained from consensually recorded conversations and in-person meetings; (d) the results of physical surveillance conducted by other law enforcement officers; (e) information provided by confidential sources working for the FBI or other law enforcement agencies; (f) information obtained from driver's license and automobile registration records; (g) information from public records and law enforcement databases; (h) my training and experience; and (i) the training and experience of other law enforcement officers involved in this investigation.

5.     As set forth below, there is probable cause to believe that the defendants have committed violations of federal criminal law as follows:

a.     From on or about September 7, 2017, and continuing until at least March 8, 2018, at Chicago, in the Northern District of Illinois and elsewhere, defendants JONATHAN MASON, also known as "Chip," EDUARDO ANDERSON, also known as "Doe," DERRICK WILTZ, also known as "Do-Dirty," KEVIN TWYMAN, DENNIS MYERS, also known as "Dino," DEON PUGH, RYAN PEARSON, MARTELL WHITE, ALVIN WILLIAMS, and PARIS OBRYANT did conspire with each other, and with others known and unknown, to knowingly and intentionally possess with intent to distribute and distribute controlled substances, namely 100 grams or more of mixtures and substances containing a detectable amount of heroin, a Schedule I Controlled Substance; 400 grams or more of mixtures and substances containing a detectable amount of fentanyl (N-phenyl-N-1 [1-(2-phenylethyl)-4-piperindinyl] propanamide), a Schedule I Controlled Substance; and 28 grams or more of mixtures and substances containing a detectable amount of cocaine base, a Schedule II Controlled Substance; in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

b.     On or about February 26, 2018, at Chicago, in the Northern District of Illinois, defendant WILLIAM RUTLEDGE knowingly and intentionally possessed with intent to distribute controlled substances, namely 28 grams or more of mixtures and substances containing a detectable amount of cocaine base, a Schedule II Controlled Substance; in violation of 21 U.S.C. § 841(a)(1).

3

## II.    OVERVIEW OF THE INVESTIGATION

### A.    The Drug Trafficking Organization and the Defendants' Roles

6.    Based on information from confidential sources, intercepted phone conversations, physical and video surveillance, controlled purchases and seizures of narcotics, I believe that JONATHAN MASON, runs a drug trafficking organization (the "MASON DTO") out of his home on the 6400 block of Champlain Avenue in Chicago (the "Subject Premises"). DEON PUGH, KEVIN TWYMAN, and others, have conspired with MASON to obtain wholesale quantities of cocaine base, fentanyl, heroin, and marijuana from others and distribute the cocaine base, fentanyl, heroin, and marijuana to their customers.

7.    MASON, PUGH, and TWYMAN conspired with DERRICK WILTZ, EDUARDO ANDERSON, DENNIS MYERS, RYAN PEARSON, ALVIN WILLIAMS, PARIS OBRYANT, and MARTELL WHITE, to distribute narcotics for the MASON DTO. Specifically, WILTZ, ANDERSON, MYERS, PEARSON, WILLIAMS, OBRYANT and WHITE participate in the conspiracy by, among other things, regularly distributing MASON's narcotics to customers and collecting payment for those narcotics from customers, procuring narcotics for MASON and the other members of the MASON DTO from suppliers, procuring firearms for members of the conspiracy for protection, and taking actions to conceal the operations of the MASON DTO from law enforcement.

8.    WILLIAM RUTLEDGE is a customer of MASON and PUGH.    On

4

February 26, 2018, RUTLEDGE purchased over 100 grams of crack cocaine from MASON and PUGH, after negotiating the transaction over intercepted phone calls with PUGH.

### B.    Summary of Evidence Obtained During the Investigation

9.    In the summer of 2017, an FBI confidential source ("CS-1")[1] identified ANDERSON as a Black Disciple street gang member from whom CS-1 had purchased heroin on numerous occasions in the past for distribution and re-sale in Iowa. In addition to the large quantity of heroin that ANDERSON was distributing in the Chicago area, according to CS-1, ANDERSON also sold marijuana, PCP, marijuana laced with embalming fluid, and had discussed the sale of crystal methamphetamine. CS-1 also identified MASON as a Gangster Disciple member that CS-1 knew to operate in the area of 43rd Street in Chicago.

10.    As described more fully below, CS-1 worked with the FBI in a transactional capacity and conducted the following controlled purchases, all of which were audio and video recorded: (a) a September 14, 2017, controlled purchase of approximately 99 grams of heroin from ANDERSON, WILTZ, and MASON

---

[1] In May 2017, CS-1 was arrested and charged with state offenses. Since that time, CS-1 has provided credible and reliable information that law enforcement have corroborated through other sources, surveillance, acquisition of narcotics, and multiple controlled purchases. In February 2018, CS-1 received credit for CS-1's cooperation in this investigation through the dismissal of the state charges. During this investigation, law enforcement became aware of CS-1 attempting to engage in illegal activity. Law enforcement subsequently admonished CS-1. According to a law enforcement database, CS-1 has been arrested approximately 15 times for numerous criminal offenses and has six felony convictions.

(paragraphs 14 to 38); (b) an October 18, 2017, controlled purchase of approximately 115 grams of heroin from MASON and WILTZ (paragraphs 39 to 51); and (c) a November 22, 2017, controlled purchase of approximately 113 grams of heroin from MASON, MYERS and ANDERSON (paragraphs 52 to 75).

11.     The investigation also included court-authorized interceptions of communications over various cellular telephones used by the following individuals:[2]

| Target Phone | Phone Number | User | Intercept Period |
|---|---|---|---|
| Target Phone 1 | (XXX) XXX-7271 | JONATHAN MASON | 11/6/17 to 12/6/17 12/6/17 to 12/14/17 |
| Target Phone 2 | (XXX) XXX-9246 | EDUARDO ANDERSON | 11/6/17 to 12/6/17 |
| Target Phone 3 | (XXX) XXX-3081 | DEON PUGH | 2/7/18 to 3/7/18 |

12.     In intercepted telephone calls over Target Phone 1, between November 8, 2017 and December 6, 2017, MASON and TWYMAN discussed obtaining, possessing and distributing narcotics, including fentanyl and cocaine, and on December 6, 2017, MASON and TWYMAN obtained 496 grams of fentanyl from a supplier in the West Loop neighborhood of Chicago. That fentanyl was seized from MASON and TWYMAN by law enforcement shortly after they obtained it. (Paragraphs 99 to 116.)

13.     In other intercepted telephone calls between February 8, 2018 and March 7, 2018, PUGH discussed details of their narcotics distribution business with

---

[2] Chief Judge Ruben Castillo and Acting Chief Judge Amy J. St. Eve authorized 30-day interception periods for each of the above-described Target Phones.

MASON, and with WHITE, WILLIAMS, OBRYANT, and PEARSON. Then, on February 26, 2018, PUGH distributed approximately 189 grams of crack cocaine to WILLIAM RUTLEDGE on the porch of the Subject Premises, which is MASON'S residence. That crack cocaine was seized from RUTLEDGE's car as it was departing the area outside of the Subject Premises. (Paragraphs 187 to 201.) In addition, in two separate transactions, PEARSON and OBRYANT each sold an undercover Chicago Police Department officer user quantities of narcotics out of a store in the same neighborhood as the Subject Premises. (Paragraphs 183 to 186).

## III.   FACTS SUPPORTING PROBABLE CAUSE

### A.   Controlled Purchases of Narcotics From Members of the MASON DTO

#### 1.   September 14, 2017 Controlled Purchase of 99.6 Grams of Heroin from ANDERSON, WILTZ and MASON

14.   Between September 7, 2017 and September 14, 2017, CS-1 and ANDERSON communicated in consensually recorded telephone calls and text messages about ANDERSON selling a distribution quantity of heroin to CS-1. On September 14, 2017, CS-1 met ANDERSON, WILTZ and MASON at a restaurant where ANDERSON and WILTZ sold CS-1 99.6 grams of heroin for $10,000.

15.   More specifically, on September 7, 2017, at approximately 6:27 p.m., CS-1 had a consensually recorded telephone conversation with ANDERSON, who was

using Target Phone 2.[3] CS-1 told ANDERSON her/his "people" would be ready "Thursday, this Thursday coming up."[4] ANDERSON replied, "OK, yeah, I'll be around." ANDERSON said, "I think they, I think they, want uh like like see this one too, because this [high quality heroin] is what they are looking for." CS-1 replied, "Right, yeah." CS-1 told ANDERSON she/he would contact ANDERSON "early in the week, when they let me know what they tryin' do." ANDERSON responded, "OK, cool. That'll work." CS-1 replied, "Nine times out of ten, it's gonna be anywhere from 50-100 [50 to 100 grams of heroin]." ANDERSON responded, "OK, we'll be alright. We'll make it happen." CS-1 replied, "Anywhere from 50-100 [grams of heroin], then shit, you know that'd get them. I hope it's 100 [grams of heroin] cause you know that'll cancel all the way out, nah, I mean what you know what me and you got going on,

---

[3] Law enforcement has identified ANDERSON and ANDERSON's voice through the following: (1) when CS-1 was interviewed by law enforcement in June 2017, CS-1 gave consent to law enforcement to review CS-1's telephone. A search of the telephone by law enforcement provided a contact with the name "DOE" associated with Target Phone 2. Law enforcement showed CS-1 an unmarked driver's license photograph of ANDERSON, whom CS-1 identified as "Doe." (2) CS-1 confirmed that the voice he heard on the calls with Target Phone 2 was the person he knew as "Doe." (3) As set forth below, law enforcement observed ANDERSON at the times and locations where the user of Target Phone 2 indicated he would be.

[4] The recorded conversations set forth in this Affidavit are based on law enforcement's preliminary—not final—review of the recordings. They do not include reference to all topics discussed during the conversations. Unless otherwise noted, all communications involving CS-1 that are summarized in this Affidavit were recorded with CS-1's consent. Also, unless otherwise noted, all communications involving CS-1 summarized in this Affidavit were verified to have occurred either by law enforcement present during the communication, and observed the dialing of the digits, or by law enforcement's review of telephone records. With respect to electronic communications, CS-1 used CS-1's cellphone to forward the text messages to law enforcement's phones, which law enforcement then verified by review of telephone records.

shit."[5] CS-1 told ANDERSON, she/he would contact ANDERSON when she/he heard back later in the week. ANDERSON replied, "OK little bro. That's cool."

16.    On September 13, 2017, at approximately 11:58 a.m., at the direction of law enforcement, CS-1 placed a consensually recorded telephone call to ANDERSON, who was using Target Phone 2. CS-1 said, "I'm trying to see if we still on for tomorrow." ANDERSON replied, "Yeah, I'm around. I'm around, little bro." ANDERSON continued, "I'm ready when you are." CS-1 responded, "I'm trying to take care of this business tomorrow. They [CS-1's purported customers] supposed to slide in tonight, goddamn it, and they gonna be ready, goddamn it, between 10 and 11 o'clock tomorrow, uh morning." ANDERSON replied, "Aight, well lets link up today and get our schedules together so we be tight." CS-1 replied, "Aight bet."

17.    At approximately 8:47 p.m., CS-1 received a text message from ANDERSON, using Target Phone 2, asking if CS-1 was "still on schedule." CS-1 replied, "Yup." Later that same day, CS-1 received another text message from Target Phone 2, which said, "Ok. Ok im on deck".

18.    On September 14, 2017, at approximately 9:46 a.m., at the direction of law enforcement, CS-1 placed a consensually recorded telephone call to ANDERSON,

---

[5] In or about June 2017, CS-1 was arrested in possession of heroin. According to CS-1, ANDERSON provided that heroin to CS-1 on credit. As a result of the narcotics seizure, CS-1 relayed that CS-1 owed ANDERSON approximately $3,060. Law enforcement directed CS-1 to broker the purchase of 100 grams of heroin at a higher cost in order to pay back the debt owed to ANDERSON. CS-1 arranged to purchase 100 grams of heroin for $100 per gram, which, according to CS-1, was approximately $30 dollars over what ANDERSON normally charged CS-1 for heroin in the past.

who was using Target Phone 2. CS-1 asked, "We good? My people got them coming about 12." ANDERSON responded, "About 12, OK. Alright, I'm ready when you are, tell them they can bring the touch [scale to weigh the heroin] and everything, this some gun smoke [according to CS-1, meaning high quality heroin] too." CS-1 replied, "OK, shit, I just want to make sure but they told me to hit you to make sure they uh you were on point so goddamn it they can get straight gone." ANDERSON responded, "Yup, I'm ready man. I've been ready since last night, since about 7 o'clock."

19.     At approximately 9:48 a.m., at the direction of law enforcement, CS-1 placed a consensually recorded telephone call to ANDERSON, who was using Target Phone 2. ANDERSON indicated that he wanted to meet at "the store by my house."[6]

20.     At approximately 11:28 a.m., CS-1 met with law enforcement at a predetermined location. At approximately 11:29 p.m., at the direction of law enforcement, CS-1 placed a consensually recorded telephone call to ANDERSON, who was using Target Phone 2. CS-1 stated, "I'm finna to start heading that way. I'm ready boy." ANDERSON said he was at "University of Chicago, uh sitting in the emergency room," and directed CS-1 to come to University of Chicago and ANDERSON would leave from the hospital.

---

[6] CS-1 informed law enforcement that the corner store in the area of 67th and Greenwood in Chicago was a common meeting location for CS-1 and ANDERSON to conduct heroin transactions. On October 5, 2017, CS-1 informed law enforcement that the store in the area of 67th and Greenwood would be the location where ANDERSON would distribute the narcotics.

21.     At approximately 11:34 a.m., a covert video camera captured a white utility van drive past the Subject Premises, which is MASON's residence,[7] and then drive out of the view of the camera. Seconds later, WILTZ[8] walked up to the Subject Premises and entered the residence.

22.     At approximately 11:35 a.m., at the direction of law enforcement, CS-1 engaged in a recorded text message conversation with ANDERSON, who was using Target Phone 2. CS-1 asked if ANDERSON was "already holding" or if he had to "go grab it [the heroin]." CS-1 received a response from Target Phone 2, which said, "Got. It close by 2 min". CS-1 received another text message from Target Phone 2, which said, "Count it." CS-1 responded to Target Phone 2, "Its ten thousand [$10,000]. I already counted it." CS-1 also said via text message to Target Phone 2 that CS-1's "peeps" were "uncomfortable wit the hospitable thing." Subsequent to the text message conversation, CS-1 received two unrecorded telephone calls from ANDERSON, who was using Target Phone 2, to arrange for the narcotics transaction

---

[7] Law enforcement identified the Subject Premises, as MASON's residence through the following: (1) law enforcement officer surveillance conducted during surveillance observed MASON entering and exiting the residence regularly, and MASON spending the night at the residence; (2) telephone interceptions included discussions among MASON and others indicating that the interceptee was at MASON's residence and physical and video surveillance would subsequently observe the interceptee at the Subject Premises; (3) cellular location information for Target Phone 1, which was used by MASON, showed MASON located at the area near the Subject Premises frequently, including during the night hours; and (4) confidential sources stated that the Subject Premises was MASON's residence, from which he distributed narcotics.

[8] Law enforcement identified the person as DERRICK WILTZ through a visual comparison to a known Illinois Secretary of State photograph of WILTZ.

to take place at Restaurant A, located in the area of 63rd Street and Cottage Grove Avenue in Chicago, Illinois. CS-1 received the calls in the presence of law enforcement, but law enforcement could not hear the conversation because the cellphone was not placed on speakerphone. Because CS-1 received the incoming call on CS-1's personal telephone, it was not captured by the recording system.

23. At approximately, 11:42 a.m., the covert video camera captured MASON[9] exit the residence at the Subject Premises, wearing a dark colored sweater with a white emblem on the left hand side, dark pants and light colored shirt underneath the sweater. MASON was followed out of the Subject Premises by WILTZ. WILTZ and MASON walked out of the area of video surveillance.

24. At approximately 11:53 a.m., law enforcement officers searched CS-1 for money and contraband. Law enforcement officers found no contraband and took temporary possession of an amount of money CS-1 was carrying. Law enforcement officers provided CS-1 with $10,000 to purchase 100 grams of heroin from ANDERSON. Law enforcement officers equipped CS-1 with concealed audio/video recording devices, which were activated at approximately 12:25 p.m. CS-1 departed the pre-determined location, driven by law enforcement, to the area of Restaurant A, located in the area of 63rd Street and Cottage Grove Avenue.

---

[9] Law enforcement identified the person as JONATHAN MASON through visual comparison to a known Illinois Secretary of State photograph of MASON. In addition, CS-1 identified the person pictured in the Illinois Secretary of State photograph of MASON as the person he knew as "Chip."

25.     At approximately 12:29 p.m., law enforcement conducting surveillance observed WILTZ enter Restaurant A. At approximately 12:37 p.m., CS-1 exited the law enforcement covert vehicle and walked to the front of Restaurant A. CS-1 was observed using his/her cellphone.

26.     Around the time law enforcement observed CS-1 on his/her cellphone, at approximately 12:39 p.m., CS-1 engaged in a recorded text message conversation with ANDERSON, who was using Target Phone 2. During the conversation, CS-1 told ANDERSON, "I'm already here." ANDERSON responded, "2 mins."

27.     At approximately 12:45 p.m., law enforcement observed ANDERSON arrive at Restaurant A and shake hands with CS-1. According to a review of the audio/video recording, while outside Restaurant A, CS-1 stated, "That look like my boy Chip [MASON], man." ANDERSON responded, "Huh?" CS-1 replied, "I said, that look like my boy Chip [MASON]." ANDERSON responded, "Yeah, Chip [MASON] came and got me." CS-1 and ANDERSON then entered Restaurant A and sat at a table located in front of a window.

28.     According to the audio/video recording, while inside the restaurant, ANDERSON and CS-1 seated themselves at a table near a window. ANDERSON was then approached by WILTZ. WILTZ asked ANDERSON for money. ANDERSON did not have any money to provide to WILTZ. WILTZ stated, "Alright, I'll wait 'til Chip [MASON] come in." WILTZ walked away from the table.

29.     According to the audio/video recording, ANDERSON and CS-1 discussed the narcotics transaction while seated at the table. ANDERSON asked, "They [CS-1's customers] gonna come in?" CS-1 responded, "Hell no. They waiting on me. They trying to get back on the road." ANDERSON informed CS-1 of additional narcotics ANDERSON could supply or front to CS-1. Specifically, ANDERSON said, "I ran into my other man today, the other man today, just if you can't come with nothing, if you can come with a little something I can get you a 63 [grams] (unintelligible). If you, I can come with something or can't if you can't, says boy I aint got it. I get you a 63 of soft [63 grams of powder cocaine] and I get it for you today." CS-1 told ANDERSON that she/he would have to check with her/his "shorty." CS-1 continued, "'Cause he was trying to goddamn it, got 'em, get some motherfucking samples and shit at first. I'm like, I'm just trying to get some samples at first and shit. Yeah, but I'm like my people, 100, man, I ain't, all that shit cause then (unintelligible) gotta go find the dope, boy."[10] ANDERSON replied, "Boy I'd give that to them right now."

30.     At approximately, 12:50 p.m., law enforcement observed ANDERSON and CS-1 exit Restaurant A and approach the passenger front door of a 2000 white Chevrolet Cargo van, bearing Illinois license plate, 1962870.[11]

---

[10] CS-1 was directed by law enforcement to obtain heroin samples from ANDERSON in addition to the 100 grams of heroin CS-1 had arranged to purchase that day.

[11] Secretary of State records identify an individual residing on East 77th Street in Chicago, as the registered owner of the 2000 Chevrolet Truck, license plate 1962870B. The make and model of this van are consistent with the white van that the covert camera outside the residence at the Subject Premises captured at approximately 11:34 a.m. earlier that day.

31.     According to the audio/video recording device, CS-1 said, "I already got the money on me." ANDERSON replied, "Oh, do you? Oh damn, I didn't know that." ANDERSON and CS-1 walked to the van where WILTZ stood near the opened front passenger door. ANDERSON said, "It's just sitting on the seat [according to CS-1, the package of heroin was sitting on the front passenger seat of the van]." According to the audio/video recording, WILTZ moved away from the opened front passenger seat to allow CS-1 access to the front passenger seat area. According to the audio/video recording, CS-1 took a baggie from the front passenger seat and replaced it with $10,000. According to the audio/video recording, CS-1 said, "Here's five [$5,000] and here's five [$5,000]." ANDERSON reminded CS-1, "You want that 63 [grams of powder cocaine ANDERSON discussed earlier], let me know."

32.     According to the audio/video recording, while CS-1 was standing on the street, MASON exited a gold van that was parked in front of Restaurant A and greeted CS-1. CS-1 and MASON discussed the gambling games that MASON hosted at his place. CS-1 gave MASON CS-1's telephone number. MASON then called CS-1's telephone. Toll records indicate that Target Phone 1 placed an outgoing call to CS-1's telephone at approximately 12:50 p.m. According to the audio/video recording, CS-1 confirmed MASON's telephone number by stating the first couple of numbers, "646." MASON replied, "Lock me in and call me when you ready [which CS-1 understood to be a reference to future narcotics purchases]." Law enforcement observed CS-1 then walk to the covert vehicle driven by law enforcement officers and enter the vehicle.

33.     CS-1 was driven by law enforcement officers to the predetermined location where the concealed recording devices were deactivated and removed. CS-1 provided the suspect heroin to law enforcement officers. CS-1 was subsequently searched for excessive money, weapons and contraband, none of which were found. Law enforcement officers returned to CS-1 the money taken from CS-1 prior to the controlled narcotics transaction.

34.     At approximately 12:52 p.m., law enforcement officers conducting surveillance observed WILTZ and ANDERSON leave the front passenger door of the white Chevrolet Cargo van and re-enter Restaurant A. At approximately 1:08 p.m., ANDERSON, WILTZ and MASON were observed sitting together inside of Restaurant A. At approximately 1:11 p.m., WILTZ exited Restaurant A, entered the driver seat of the white Chevrolet Cargo van, and departed the area. At approximately 1:22 p.m., ANDERSON exited Restaurant A and departed the area on foot. At approximately 1:30 p.m., surveillance was terminated.

35.     The suspect heroin purchased by CS-1 was submitted to the U.S. Drug Enforcement Administration (DEA) North Central Laboratory for testing. DEA North Central Laboratory advised agents that the substance tested positive for heroin and weighed 99.6 grams.

36.     Law enforcement officers subsequently contacted CS-1 and directed CS-1 to notify ANDERSON that the heroin was short.  On September 14, 2017, at approximately 3:16 p.m., CS-1 engaged in an unrecorded telephone call, not in the

16

presence of law enforcement, with ANDERSON, who was using Target Phone 2. According to CS-1, CS-1 told ANDERSON that the weight was off by a gram or a half of gram. ANDERSON told CS-1 that he would "take care of it." Toll records confirm CS-1 placed an outgoing call to ANDERSON using Target Phone 2 on September 14, 2017, at approximately 3:16 p.m.

37.     According to CS-1 and a review of toll records, at approximately 5:03 p.m., CS-1 received an unrecorded call, not in the presence of law enforcement, from MASON, who was using Target Phone 1. According to CS-1, during the conversation, MASON told CS-1 he did not know CS-1 was the one who, in substance, "was busting that move [purchasing the narcotics]." MASON told CS-1 she/he needed to keep those people "on deck [keep the customers purchasing narcotics]." MASON informed CS-1 that he had put together the heroin himself so he did not understand how it was short, or less than the agreed-upon weight of 100 grams. However, MASON assured CS-1 that he would give him/her extras to make it right next time CS-1's customers came back in town.

38.     On September 19, 2017, beginning at approximately 2:29 p.m., CS-1 engaged in a recorded text message conversation with MASON, who was using Target Phone 1. CS-1 received a text message that said, "Everything's good cuzo". CS-1 responded, "Yeah everything good Cuzzo... What cha on????" CS-1 received a response from MASON, using Target Phone 1, which said, "Waiting on your call." CS-1 replied, "Aiight bet...Gotta check on a few things."

17

> **2. October 18, 2017 Controlled Purchase of 115 Grams of Heroin from MASON and WILTZ**

39.     Between October 17, 2017 and October 18, 2017, CS-1 communicated with MASON in consensually recorded telephone calls and text messages about another purchase of 110 grams of heroin, and about MASON providing an additional five grams in an attempt to account for a missing quantity of heroin supplied to CS-1 on September 14, 2017.  On October 18, 2017, CS-1 met with MASON and WILTZ at Restaurant A, where CS-1 paid MASON $9,350 and WILTZ provided CS-1 with 115.4 grams of heroin.

40.     More specifically, on October 17, 2017, at approximately 11:54 a.m., at the direction of law enforcement, CS-1 placed a consensually recorded telephone call to MASON, who was using Target Phone 1, to arrange for the purchase of 110 grams of heroin the following day. Specifically, CS-1 told MASON her/his people wanted to "bust a move [conduct a narcotics transaction] in the morning." CS-1 said, "They looking to get 110 [grams of heroin]. What's, what's the lick, weed? What's the price?" MASON responded, "That's an 85 for each one [$85 per gram of heroin]." CS-1 asked, "What, what about them ugh extras for ugh from last time from when the shit was short?" MASON replied, "Yeah, I'ma put that with it. What, what that was?" CS-1 responded, "About like two grams. A gram or two or some shit. So naw mean, I remember last time you had said, goddamnit, you gonna make it right. Naw I mean you would give them that shit cause you, you know. " MASON responded, "Yeah, I put, I put a few of them in there. Yeah I put that many." CS-1 said, "Aight." MASON

continued, "I put about, ugh about, ugh I put a nick [five grams]. I put a nick up in there." CS-1 replied, "Alright, so that's good. Naw I mean god dammit we looking like tomorrow at about 10 or 11. What's a, what's a good spot for you? Where I can hook up with you at? [Restaurant A] again?" MASON responded, "Yeah, [Restaurant A]. Yeah." MASON asked, "So are we gonna do that tomorrow or today?" CS-1 answered, "No, tomorrow. Cause ugh, they still trying to situate some shit, but they looking at like, ugh, goddamnit, 110. So you throw five in there that's 115 [grams of heroin]." MASON replied, "Right." CS-1 continued, "So they gonna be all good..." MASON responded, "OK, cool. Waiting on you."

41. On October 18, 2017, at approximately 10:14 a.m., CS-1 met with law enforcement officers at a predetermined location. Law enforcement officers searched CS-1 for money and contraband with negative results. Law enforcement officers then gave CS-1 $9,350 in U.S. currency to purchase heroin from MASON. At the direction of law enforcement, CS-1 placed numerous consensually recorded calls to MASON, who was using Target Phone 1, between approximately 10:21 a.m. and 10:31 a.m., all of which went unanswered.

42. At approximately 10:38 a.m., CS-1 engaged in a consensually recorded telephone call with MASON, who was using Target Phone 1. CS-1 told MASON, "I'm ready to rock and roll. I'm waiting on you. I'm already with my people." MASON responded, "Alright. Ugh. I, I see you there." CS-1 asked, "That's, that's gonna be the ugh 115 [grams of heroin] cause you gonna throw the five extra [grams] in there?"

19

MASON replied, "No question." CS-1 responded, "[Restaurant A], right?" MASON responded, "Yeah. Yeah, I'll see ya all there."

43. Law enforcement equipped CS-1 with concealed audio/video recording devices, which were activated at approximately 10:47 a.m. CS-1 departed the predetermined location, and was driven by law enforcement to the area of Restaurant A, located near 63rd Street and Cottage Grove Avenue. CS-1 then placed two consensually recorded telephone calls to MASON, who was using Target Phone 1, between 10:59 a.m. and 11:00 a.m. Both calls went unanswered.

44. At approximately, 11:05 a.m., CS-1 received a consensually recorded telephone call from MASON, who was using Target Phone 1. MASON said, "I'm walking in now cuzzo." CS-1 replied, "You say what?" MASON responded, "Where ya at?" CS-1 responded, "I'm already posted [CS-1 was already at Restaurant A]." MASON replied, "Alright. I'm uh uh I'm walking in. It's already there. I'm walking in right now."

45. At approximately 11:07 a.m., law enforcement conducting surveillance observed CS-1 walking westbound on 63rd Street toward Restaurant A. At approximately, 11:13 a.m., CS-1 received a recorded telephone call from MASON, who was using Target Phone 1. MASON asked, "Where ya at?" CS-1 responded, "Standing in front of [Restaurant A]. I was out smoking a square. You already in there?" MASON replied, "Yeah." CS-1 responded, "Aight. Here I come." At approximately, 11:14 a.m., law enforcement observed CS-1 enter Restaurant A.

46.     According to the audio/video recording, CS-1 walked toward the front booth located inside Restaurant A where MASON was seated. CS-1 said, "What's the deal, cuzzo?" MASON asked, "What's up my man?" CS-1 sat down in the booth across from MASON. MASON told the waitress, "I'm waiting on my food." While CS-1 had a telephone conversation with an unrelated person, MASON stood up from the booth and walked in the direction of the hostess station and out of the view of the video recording device. According to the audio recording, MASON asked a restaurant employee for a bag. The employee asked, "What type of bag?" MASON responded, "Paper." According to the audio/video recording, MASON returned to the table with a brown paper bag in his hand and sat down. MASON then slid the paper bag across the table to CS-1. MASON said, "Put it in there." CS-1 took the brown paper bag from MASON and placed $9,350 inside of the bag. MASON said, "When you walk past the bathroom, I'd be right back there." CS-1 slid the brown paper bag back across the table to MASON. CS-1 replied, "9,350. 9,350. 85 a lick. [$85 per gram]" MASON responded, "He's [WILTZ] back there." CS-1 stood up from the booth and walked toward the back of the restaurant towards the bathroom.  Mason remained sitting in the booth.

47.     According to the audio/video recording, WILTZ was sitting in the booth in front of the bathroom. CS-1 stated to WILTZ, "What up, big dog?" WILTZ responded, "What's going on?" CS-1 replied, "Chillin. I'm gonna hit the washroom quick. Oh shit, somebody in there. My fault. Somebody in that motherfucker." WILTZ

responded, "Come sit right here. Sit right here." CS-1 replied, "Alright," and sat down in the booth located in the back of restaurant in front of the bathroom.

48.    According to CS-1, WILTZ sat down next to CS-1 in the booth. WILTZ placed a plastic baggie wrapped in toilet paper on the seat of the booth between CS-1 and WILTZ. CS-1 retrieved the plastic baggie wrapped in toilet paper and placed it in her/his pocket.

49.    According to the audio/video recording, WILTZ asked CS-1, "You got a dollar on you?" CS-1 responded, "…No loose change." WILTZ asked CS-1, "You gave it [money] to him [MASON] already?" CS-1 replied, "Yeah. Yeah. He [MASON] already got it. Bagged up for him." WILTZ exited the table and sat at the bar stools located at the bar in the middle of the restaurant. WILTZ then walked towards the front of the restaurant towards the register. Minutes later, WILTZ and MASON, who was still in the same booth where CS-1 paid him, walked towards the back of the restaurant. MASON told CS-1, "Can I wait on you to get back in?" CS-1 replied, "That's cool." CS-1 then exited the front of the restaurant.

50.    At approximately 11:23 a.m., law enforcement surveillance observed CS-1 exit Restaurant A and walk eastbound on 63rd Street and enter the covert law enforcement vehicle. CS-1 was driven by law enforcement to the predetermined location where the concealed recording devices were deactivated and removed. CS-1 provided the suspect heroin to law enforcement. CS-1 was subsequently searched for money, weapons and contraband, none of which were found.

51.     The suspect heroin retrieved from CS-1 was submitted to the DEA's North Central Laboratory for testing. DEA North Central Laboratory advised agents that the exhibit tested positive for heroin and weighed 115.4 grams.

### 3.     On November 22, 2017, MASON, MYERS and ANDERSON Distributed 113 Grams of Heroin to CS-1.

52.     Between November 20, 2017, and November 22, 2017, CS-1 communicated with ANDERSON about another purchase of narcotics from ANDERSON. During the initial call, CS-1 complained to ANDERSON about the quality of the heroin he had received from MASON on October 18, 2017. In subsequent intercepted telephone calls, ANDERSON and MASON discussed ANDERSON telling CS-1 that ANDERSON and MASON were not selling narcotics together so that CS-1 would believe that the narcotics ANDERSON was distributing were of a higher quality. ANDERSON and MASON discussed MASON sending a runner, WILTZ or MYERS, to deliver the narcotics to ANDERSON so that CS-1 would not believe the narcotics were from MASON. On November 22, 2017, in intercepted calls, MYERS and ANDERSON discussed MYERS meeting with ANDERSON at ANDERSON's work, and MYERS was observed by law enforcement surveillance leaving the Subject Premises and arriving at ANDERSON's work at approximately the same time that CS-1 arrived at ANDERSON's work to purchase narcotics.  CS-1 then purchased approximately 113 grams of heroin from ANDERSON.

53.     More specifically, on November 20, 2017, at approximately 3:01 p.m. (TP2 Session #994),[12] ANDERSON, who was using Target Phone 2, received an incoming call from CS-1.[13] CS-1 said, "Hey, I'm sittin' around with my people now, man, they wanna know what your schedule lookin' like for Wednesday, man." CS-1 further said, "Tryin' to do it Wednesday in the morning. Sometime throughout the morning." ANDERSON replied, "Say about uh, ten o'clock?" ANDERSON asked further, "Ten o'clock is good?" CS-1 asked, "Ten o'clock?" ANDERSON responded, "Yup. Just gotta tell me what floor [quantity of narcotics] and they'll be there at ten. 'Cause I'll be at work but I can get in early, do what I gotta do and then just, you know, meet. Be in and out." CS-1 asked, "So about ten o'clock, for sure?" ANDERSON replied, "Yup, ten o'clock for sure, brodie. Just tell me what floor [amount of requested narcotics] they gonna be on, we'll be all ready." CS-1 stated, "Right, 'cause, uh, goddamn it, it, uh, you know, the last couple moves, you nah mean, they sayin' that shit was basically stepped on, stepped on, you nah mean? Like, it was little to no dope

---

[12] The call summaries that include a "Session" number refer to telephone calls that were intercepted pursuant to the Orders referenced *supra*.

[13] To the extent that recorded communications are summarized in this Affidavit, those summaries do not include references to all of the topics covered during the course of the conversation that was recorded. In addition, the summaries do not include references to all statements made by the speakers on topics that are described. All quotations from recorded conversations are based upon preliminary transcriptions of those conversations and/or from your affiant having personally listened to the recordings. The times listed for the recorded conversations are approximate. At various points in the Affidavit, I included in brackets my interpretation of words and phrases used in the recorded conversations. My interpretations are based on the contents and context of the recorded conversation, my knowledge of the investigation as a whole, my experience and training, and the experience and training of other law enforcement officers in this investigation.

[heroin] in that motherfucker, you feel me?" ANDERSON asked, "You talkin' last one with me?" CS-1 replied, "Yea, 'cause that was the one before the last one that they did. You nah what I mean?" CS-1 further stated, "It was, it was one through, it was one through goddamn it. Chip [MASON] too. And they was like man that shit, you know, wonderin' what it supposed to been [they were disappointed with the quality of the narcotics]? You nah mean?" ANDERSON asked, "I'm tryin' to figure out like, you sayin', the one, the movies [narcotics] that you had got from me? That at [Restaurant A]?" CS-1 said, "Yea. Yea. Yea." ANDERSON asked, "When, but you said they came again after that?" CS-1 said, "Yea." ANDERSON said, "Oh shit, I don't, well who they go through to do that one?" CS-1 responded, "You say what? 'Cause I know they say, goddamn it, the last couple times [narcotics transactions], you nah mean, they like the, the last time and the time before that. I mean the time before that, a motherfucker, goddamn it, basically dealt directly with you." ANDERSON said, "Right." CS-1 said, "The time after that motherfucker basically dealt directly through nah mean, uh, Chip [MASON]. You see what I'm sayin'? So--." ANDERSON said, "Yea, I didn't know that. That's, that's, that's something, you know, lil' bro, you gotta stay tight on that. That's somethin' you can't do. You nah what mean?" CS-1 replied, "Right." ANDERSON said, "They got to stay at home, I mean, you know, 'cause I think, like the last time, when I bumped into heads with him, I didn't grab that from him." CS-1 said, "Right." ANDERSON stated, "You see what I'm sayin'? So I'm only gonna--." CS-1 said, "Okay. I was under the impression that you did [get the

narcotics from MASON]. You nah mean? So that's why I asked, that's why I'm sayin' somethin' to you about it because the way it looked to me, 'cause you know I ain't asked no questions. But the way it had looked it to me, like you nah mean, like that shit was [from MASON], you know, so--." ANDERSON said, "Yea, but you can't mess with it. I had to use this, uh, I know, the one I had because I know the one he, your people had, uh, they had looked at it. And then gave it the okay. 'Cause I don't want nobody going all the way home and then be like, you know what I mean [ANDERSON explained about the customers reviewing narcotics during a previous transaction, and agreeing to the poor quality of the narcotics]?" ANDERSON said, "So this time, tell him, uh, tell him I got him, I got him." ANDERSON stated, "On a scale of one to ten, I know this, I know this ones an eight and a half, nine [rating on the quality of narcotics], so I ain't trippin'." CS-1 responded, "Oh, yea, that's fine, that sounds good, goddamn it, then you say, goddamn it, Wednesday at ten, right?" ANDERSON replied, "Wednesday at ten, yup." CS-1 said, "So I'm gonna give them a call back now, and they gonna let me know how many moves and ounces [quantity of narcotics] they tryin' to grab." ANDERSON said, "Right, then you can circle back on me and get your hit."

54.    At approximately 4:12 p.m. (TP2 Session #1013), ANDERSON, who was using Target Phone 2, received an incoming call from MASON, who was using Target Phone 1. ANDERSON said, "What's up, man. Hey, hey, listen, do you remember when we did that, uh, that, we did that move [narcotics transaction] that day [November

14, 2017] with, uh, with, uh [CS-1]?" MASON said, "Yea." ANDERSON stated, "Okay, now, he said that he came back another time [narcotics transaction on October 18, 2017], and they was kinda complaining, that's why they took so long. I had told him when I talked to him today, that, because he seen you and I talking and Do-Dirty [WILTZ][14] talking, all us three talking, that wasn't the same thing. Know what I'm saying." MASON said, "Okay." ANDERSON said, "So, they, I was talking to him and their cousin on the phone, they gonna come in Tuesday night. When they come in Tuesday night, I told them they can come up, I'ma going to take a break from my job at about ten, and handle it in the morning. You know what I'm saying?" MASON said, "Okay." ANDERSON said, "So, we gotta keep the gate between the poles [keep MASON and ANDERSON separated] because we can't let them know that. You know what I'm saying? If they coming, if I don't make anything. You still gotta tell me, you know what I'm saying?" ANDERSON further stated, "I said, when they come, listen, I said when, when they come, and they (unintelligible) like they came back the second time, I didn't know, but I didn't know what to tell 'em. You know what I mean? 'Cause they was, they was complaining about it, they was complaining about it, so, you know, you gotta let me know. You know what I'm saying?" MASON said, "Yea." ANDERSON said, "So they gonna come back this time, but believe—I told them that, naw, naw, I said that's just my man, you know, we just play cards and poker and stuff like that

---

[14] Based on my knowledge of the investigation and review of intercepted communications, I believe "Do-Dirty" is a nickname for DERRICK WILTZ.

together. I didn't get that from him, so dude was like, ah, yeah we wanna come up there and talk wit' you, so, they gonna come up Tuesday night and they going to handle it come Wednesday morning at ten o'clock in the morning, right." MASON said, "Exactly." ANDERSON said, "So what I'ma do is, I'ma talk to you Tuesday night. You can have Dino [MYERS][15] or Do-Dirty [WILTZ] come over to where I am at the job and get the sit and wait, you know what I mean? I can walk, come out walk, walk on Commercial [S. Commercial Avenue in Chicago] take care of them, (unintelligible) give 'em change, and send 'em back, or, you know, ya'll just come, you know what I'm sayin'? They ain't gotta see that. You feel me?" MASON replied, "Okay."

55.     Based on my review of this intercepted communications, my knowledge of the investigation, my training and experience, and the training and experience of other agents with whom I have conferred, I believe ANDERSON explained to MASON that ANDERSON lied to CS-1 by saying that ANDERSON did not receive his narcotics from MASON, because CS-1 explained to ANDERSON that CS-1's purported customers were unhappy with narcotics they received from MASON. ANDERSON wanted MASON to send a runner, MYERS or WILTZ, with the narcotics to ANDERSON's place of employment, and that ANDERSON would then take the drugs from the runner, and conduct the transaction with CS-1. ANDERSON did not

---

[15] Based on my knowledge of the investigation and review of intercepted communications, I believe "Dino" is a nickname for DENNIS MYERS.

want CS-1 to see him retrieve the drugs from the runner. MASON agreed to this arrangement.

56.     At approximately 6:18 p.m. (TP2 Session #1020), ANDERSON, who was using Target Phone 2, placed an outgoing call to CS-1. CS-1 said, "Hey, so what's the ticket [price of narcotics], man? My people are trying goddamit do 110 [grams]. The 110th floor [110 grams] man." ANDERSON responded, "Uh, since they had some problems, tell them just stays in the house for 85 [$85 per gram]." CS-1 asked, "Okay, cool. Wednesday morning, right, we on?" ANDERSON replied, "Yeah, Wednesday morning I'ma be ready, I'ma be ready, I'm gonna be ready Tuesday night till Wednesday morning; they can be in and out." CS-1 said, "All right, so goddamn it, what I'ma do, I'm gonna hit you up once they hit me up, and they come grab me, and then we gonna go from there." ANDERSON said, "Okay cool; I'll be ready."

57.     On November 21, 2017, at approximately 6:52 p.m. (TP2 Session #1108), ANDERSON, who was using Target Phone 2, received an incoming call from MASON, who was using Target Phone 1. ANDERSON said, "Uh, they supposed to be ready tomorrow about, ten o'clock in the morning, right?" ANDERSON further said, "It's a hundred and ten [110 grams] or better." MASON said, "Okay." ANDERSON said, "Okay? So, uh, I'm a hit you—I'ma get them over where I'm at, and then I'ma hit— I'ma call you when I get to the house, but I'ma hit you—I'ma try to take my break tomorrow at about ten o'clock." MASON responded, "Okay, cool." ANDERSON stated,

"And then you can have, you know, one, one you know, one of the guys ride up on me, you know, so we can just handle that." MASON said, "Okay, cool."

58.     On November 22, 2017, at approximately 9:29 a.m. (TP2 Session #1164), ANDERSON, who was using Target Phone 2, received an incoming call from MASON, who was using Target Phone 1. MASON asked, "Alright. What, what, what was the confirmation?" ANDERSON replied, "Okay, uh, he finna to call me, he just called me back about ten minutes ago. He'll call me right back and then I'ma, uh, confirm it and then tell you where to come to." MASON said, "Okay. Confirm what it is, though." ANDERSON replied, "Okay, I'll do that; I'ma make sure I do that."

59.     At approximately 9:30 a.m. (TP2 Session #1165), ANDERSON, who was using Target Phone 2, received an incoming call from CS-1. ANDERSON said, "What's up, lil' bro?" CS-1 replied, "What's the deal? We ready to rock and roll?" The call then terminated.

60.     At approximately 9:31 a.m. (TP2 Session #1166), ANDERSON, who was using Target Phone 2, received an incoming call from CS-1. ANDERSON said, "Yea, my fault, I think I was walking through the building. Okay, I'm at work so you gotta come to, come to 90, 90, I think it's like 92nd, 90, like 92nd and Commercial." CS-1 asked, "92nd and Commercial?" ANDERSON said, "Yep, drive down South Chicago, to you get to 92nd Street and you goin' make a left, Commercial gonna be right there like two blocks over, its a McDonald's right there." CS-1 asked, "Right, what you want me to meet you at the, at the building [ANDERSON's work] or some shit?" CS-1

further asked, "What? How we gonna do that, man, as far as when I get there, though? ... I mean, what you want me do, come, come in the building or what? You know what I mean?" ANDERSON responded, "It's a, okay come to 91st, 92nd, like 90, 91st and South Chicago. It's a CVS right there. Just park in that lot okay, and then I'ma have you go in the, go in CVS. I want you to go in CVS and buy some stuff and then you can come over to the building and give it to me, and then I can, you know, I can give you, I can give you the clothes [heroin] right there." CS-1 said, "Right, but shit I ain't got no cash on me. Shit." ANDERSON said, "Uh, spend it out of that shit. It ain't gone be nothing but five dollars." CS-1 said, "All right I got you. I'ma, I'ma finna to get in route now. I'ma, I'm call you when I get in route."

61.     At approximately 9:33 a.m. (TP2 Session #1167), ANDERSON, who was using Target Phone 2, placed an outgoing call to MASON, who was using Target Phone 1. ANDERSON said, "Okay, roadie, it, they [CS-1] confirmed it at one ten [110 grams]. This what I want you to do. Want you to come down South Chicago till you get to like 92nd street, right." MASON asked, "Just, what's your address to your building, dog?" ANDERSON replied, "My address to my building, my address to my building is 9177." MASON asked, "North?" ANDERSON said, "South Chicago Avenue." MASON said, "Okay, 9177 South Chicago Avenue." ANDERSON stated, "Yeah. Where Dino [MYERS] came to see me last time." MASON asked, "Okay. Well, I'm just gonna come there and come to the back of your building, right?" ANDERSON said, "Okay, just come, yeah just come to the back of the building now. 'Cause [CS-1]

31

gonna go over there in the CVS, and [CS-1] gonna walk, [CS-1] gonna buy me something and bring it to the building to me and then I'm gonna give it to [CS-1], and I'ma—." MASON said, "Okay, this what I'ma do, this all I'ma do then. I'm just gonna send Dino [MYERS] down there since he familiar and have him come to the back [of the building]." ANDERSON responded, "Okay, that'll do it, that'll work, tell him [MYERS] to call me, yo." MASON asked, "Okay, one, one, uh, one twenty [120 grams]?" ANDERSON replied, "One ten [110 grams], all right. [CS-1] on [CS-1's] way now, so, [CS-1] in, [CS-1] in route. Soon, soon as possible."

62.     At approximately 9:20 a.m., CS-1 met with law enforcement officers at a predetermined location. At approximately 9:28 a.m., law enforcement searched CS-1 for money and contraband with negative results. Law enforcement provided CS-1 with approximately $8,850 to purchase 110 grams of heroin from ANDERSON. Law enforcement further equipped CS-1 with concealed audio/video recording devices, which were activated at approximately 9:47 a.m. CS-1 departed the pre-determined location, driven by law enforcement, to the area of 92nd Street and S. Commercial Avenue in Chicago.

63.     At approximately 9:53 a.m., a covert video camera affixed in a public area captured MYERS[16] arrive at MASON's residence, the Subject Premises, driving

---

[16] DENNIS MYERS was identified by law enforcement through a known Illinois Secretary of State driver's license photograph of DENNIS MYERS.

a black Chevrolet Malibu, bearing Illinois license plate AL25747.[17] MYERS entered the Subject Premises.

64.     At approximately 9:58 a.m. (TP2 Session #1172), ANDERSON, who was using Target Phone 2, received an incoming call from MYERS, who was using telephone number (773) 444-7515. MYERS asked, "Where you at?" ANDERSON said, "I'm, uh, uh, you in the back [of the building]." MYERS responded, "Yea, I'll be there in a minute." ANDERSON said, "Yea, just be there in a minute 'cause he finna to pull up in a minute. Just pull up in the back, it's, it's a parking lot, just pull—you in the what car, what car you in?" ANDERSON further said, "Okay, all right, just pull up in the back; you'll see the two buildings when you pull in front go around the block and just park in the back. He [CS-1] gonna pull up, 'cause he gonna walk across the street from, uh, CVS." MYERS said, "Okay."

65.     At approximately 10:00 a.m., a covert video camera affixed in a public area captured MYERS exit the Subject Premises, enter the driver's side of the black Chevrolet Malibu and depart the area.

66.     At approximately 10:03 a.m. (TP2 Session #1173), ANDERSON, who was using Target Phone 2, received an incoming call from CS-1. CS-1 said, "Yea, I'm in the CVS now, shit." CS-1 asked, "What type of chips you trying to get?" ANDERSON responded, "Uh, just get me some, uh, some Doritos." ANDERSON

---

[17] According to Illinois Secretary of State records, this vehicle is registered in the name of an individual other than MYERS.

further said, "All right, and then just come, come right across the street, you'll see the Pace van in front, just come right across the street." CS-1 said, "Alright, bet."

67.     According to the audio/video recording and CS-1, CS-1 entered the front door of 9141-9177 S. Chicago Avenue. CS-1 approached the front desk area and informed the security guard located at the desk that CS-1 was there to visit "Eduardo Anderson" who was an "employee." ANDERSON greeted CS-1 at the front desk area. ANDERSON introduced CS-1 to numerous employees and escorted CS-1 back to a room in the building where ANDERSON kept his personal belongings. ANDERSON stated, "When I hand it off, I will give you my coat". According to CS-1, CS-1 then handed ANDERSON the money provided by agents and stated, "that's 9350 [$9,350]."[18] ANDERSON responded, "Ok." CS-1 stated, "No I ain't, I ain't coming back this way so don't give me the coat." CS-1 followed ANDERSON down the hallway. ANDERSON stated, "go past here, take a right, there's a cafeteria right there." CS-1 responded, "Right." ANDERSON told CS-1, "Just sit right there."

68.     At approximately 10:08 a.m. (TP2 Session #1175), ANDERSON, who was using Target Phone 2, placed an outgoing call to MYERS, who was using telephone number (773) 444-7515. ANDERSON asked, "Yea, where you at, Charlie? 'Cause he here." MYERS replied, "Okay, five minutes away. I'm right here on 87th."

---

[18] Agents erroneously told CS-1 they had provided CS-1 with $9,350.

69.     At approximately 10:12 a.m., law enforcement officers conducting surveillance observed MYERS arrive in the parking lot located behind, 9141-9177 S. Chicago Ave. MYERS was driving the black Chevrolet Malibu.

70.     At approximately 10:13 a.m. (TP2 Session #1176), ANDERSON, who was using Target Phone 2, received an incoming call from MYERS, who was using telephone number (773) 444-7515. ANDERSON said, "What's up, Charlie Mack? Hello? Hello? Dino?" MYERS said, "Hello." ANDERSON asked, "Yea, where you at, Charlie?" MYERS responded, "In the back." ANDERSON said, "Okay, all right, here I come now."

71.     At approximately 10:22 a.m., law enforcement observed ANDERSON exit 9141-9177 S. Chicago Ave., and enter the front passenger seat of MYERS' black Chevrolet Malibu. Minutes later, ANDERSON exited the black Malibu and re-entered the building. MYERS, driving the black Malibu, departed the area.

72.     According to a review of the audio/video recording and CS-1, CS-1 entered the cafeteria to wait for ANDERSON. Minutes later, ANDERSON appeared at a door in the cafeteria. CS-1 opened the door for ANDERSON. ANDERSON placed a brown paper bag and water bottle on the table. ANDERSON told CS-1, "That's your McDonalds right there." CS-1 stated, "Aight, bet."  CS-1 retrieved the brown paper bag from the table and exited the building.

73.     At approximately 10:36 a.m., covert video surveillance affixed in a public area captured MYERS enter MASON's residence at the Subject Premises.

35

74.    After the transaction occurred, law enforcement drove CS-1 to a predetermined location where the concealed recording devices were deactivated and removed. CS-1 provided the brown paper bag containing suspect heroin to law enforcement. CS-1 was subsequently searched for excessive money, weapons, and contraband, none of which were found.

75.    Later that day, law enforcement weighed the suspect heroin and the bag and contents weighed approximately 113 grams. The suspect heroin has been submitted to the DEA North Central Laboratory for testing. Results remain pending.

## B.    TWYMAN, MASON and MYERS Conspired To Distribute Fentanyl and Cocaine

76.    In interceptions over Target Phone 1, MASON and TWYMAN discussed the possession and distribution of fentanyl and cocaine, and on December 5, 2017, law enforcement seized 496.777 grams of fentanyl from TWYMAN and MASON.

### 1.    On November 8, 2017, TWYMAN and MASON discuss Obtaining Fentanyl.

77.    In intercepted telephone calls on November 8, 2017, TWYMAN and MASON discussed purchasing fentanyl in different forms as well as the price for fentanyl. TWYMAN and MASON also discussed how mixing fentanyl and heroin makes the effect of ingesting the mixture much more potent.

78.    More specifically, on November 8, 2017, at approximately 4:01 p.m. (TP1 Session #636), MASON, using Target Phone 1, received an incoming call from

TWYMAN, who was using (312) 758-6622 ("the 6622 Phone").[19] MASON said, "Go ahead big homie." TWYMAN responded, "Hey they got some, he got, he got, two ugh patches [fentanyl transdermal patches].[20] They were calling me with two patches." MASON asked, "Two patches?" TWYMAN answered, "Yep." MASON stated, "Let, let's see what they do. We got to see, we got the new, we got to see what happens. He ain't got no ugh, do we got any other pill [fentanyl buccal pills] yet?" TWYMAN replied, "No he say he ain't got the pills yet, but he got them patches." MASON stated, "Let's see." TWYMAN replied, "They want too much for that shit [fentanyl transdermal patches] though." MASON asked, "What he want for the patches?" TWYMAN replied, "75 dollars a patch, man that n****'s crazy. That's cause these n****s know what's going on, that's what it is." MASON replied, "Tell them n****s, let us get two for 100 [$100]. We got to see what's happening [How potent the fentanyl patches are]." TWYMAN replied, "Alright. I'ma grab one." MASON then stated,

---

[19] TWYMAN is believed to be the user of telephone number the 6622 Phone for the following reasons: (a) According to interceptions of calls over Target Phone 1, on December 2, 2017, the user of the 6622 Phone told MASON, who was using Target Phone 1, that he was on his way to meet MASON. Minutes later, TWYMAN was observed via video surveillance entering MASON's residence at the Subject Premises in Chicago; (b) Law enforcement and video surveillance has identified TWYMAN as the regular user of a black Audi that has been observed regularly arriving at the Subject Premises in conjunction with intercepted calls from the 6622 Phone and cellular location data placing the 6622 Phone in the area of the Subject Premises; and (c) following a traffic stop of TWYMAN on December 6, 2017, as described further below, the law enforcement officer who conducted the stop listened to intercepted calls from the 6622 Phone and identified the user of the 6622 Phone as the same speaker as the individual he had spoken with and identified during the traffic stop as TWYMAN.

[20] Based on public sources, I believe this refers to a fentanyl transdermal patch, which is a prescription-based application for fentanyl.

"What we do is we run the patches with them bottles [fentanyl citrate vials]. You know what I'm saying?" TWYMAN replied, "I only got one bottle [vial of fentanyl citrate] though." MASON replied, "Yeah, we still, just run it, we run it like that [mix the fentanyl patches and vials together]." TWYMAN stated, "Aight, I'ma (unintelligible)."

79.     On November 11, 2017, at approximately 10:03 a.m. (TP1 Session #1259), MASON, using Target Phone 1, placed an outgoing call to TWYMAN, who was using the 6622 Phone. TWYMAN asked, "What's up?" MASON replied, "Hey man. I been thinkin' all night look, you know those bottles [fentanyl citrate vials] if you had?" TWYMAN asked, "Yeah?" MASON stated, "Only do it, ain't though. Like one, it still may be an extra forty, know what I'm saying?" TWYMAN responded, "Uh, huh." MASON then stated, "Still, we can get 'em. 'Cause it did do a little something to the people [adding fentanyl to the heroin had a different effect on heroin users than previous heroin]. You see that?" TWYMAN replied, "Yeah." MASON stated, "So it'd be better than the regular stuff [heroin not mixed with fentanyl]. You know what I'm saying? Just to put it on there anyway. We can do the same thing to it, but it will give it a little extra kick [make the effect of the heroin more potent]." TWYMAN replied, "Right. Uh-huh." MASON then asked, "You can still get fentanyl any time right?" TWYMAN replied, "Some bottles yeah. I gotta ask him. I'm gonna ask him. See if I can get it. I got one already. You know, I still had that one." MASON replied, "Right.

But, but we will continue to get 'em just to enhance it [heroin] period." TWYMAN

then stated, "Uh huh. Alright then. OK, I got you."

> **2. On November 9, 2017, MASON, TWYMAN and MYERS Conspired to Obtain Narcotics for Distribution to Customers.**

80.     On November 9, 2017, in intercepted telephone calls and in furtherance

of the narcotics conspiracy, MASON and TWYMAN discussed TWYMAN obtaining

narcotics that MASON and TWYMAN could sell. MASON and TWYMAN then

discussed meeting and eventually meet at Restaurant B on East Cermak Road in

Chicago. As part of this transaction, MYERS picked MASON up from the Subject

Premises and drove MASON to the Restaurant. Shortly after the meeting, MASON

and MYERS discussed having WILTZ retrieve the narcotics from MYERS.

81.     More specifically, on November 9, 2017, at approximately 2:31 p.m. (TP1

Session #824), MASON, using Target Phone 1, received an incoming call from

TWYMAN, who was using (312) 686-5422 ("the 5422 Phone").[21] TWYMAN said,

"Yeah cause he ugh he say that he in, he in Joliet, he finna come this way though. So

you know how long that gonna take." MASON responded, "Right, right." TWYMAN

said, "So he said, he said there ain't no problem, he say that he comin' from where he

---

[21] It is believed that TWYMAN is the user of this telephone for the following reasons: (a) the user of this telephone arranged to meet with MASON at Restaurant B on November 9, 2017, where law enforcement subsequently observed TWYMAN meet MASON; (b) As discussed in this section, on November 12, 2017, the user of this telephone informed MASON that his girlfriend had passed away, and Chicago Police Department reports confirmed that on November 12, 2017, TWYMAN reported the death of his girlfriend.

comin' from, I shoulda said it to him earlier." MASON replied, "Yeah." TWYMAN then asked, "So you, you gonna hold him back [asking whether MASON would have the customer wait for the narcotics coming from Joliet]?" MASON answered, "Yeah, I'm gonna hold him back. So what I'm gon' do is, uh uh, he asleep, so we good. We good. We good right now." TWYMAN responded, "Aight." MASON stated, "So what I'll do is break the movie [narcotics] all the way, you know what I'm saying? When you get to the spot go and head in." TWYMAN said, "OK, Aight bet, Tony, Tony, Tony get up later, he gonna call me, I come get it [retrieve the narcotics]."

82.     At approximately 3:16 p.m. (TP1 Session #835), MASON, using Target Phone 1, called TWYMAN, who was who was using the 5422 Phone. TWYMAN said, "Hello Roadie." MASON asked, "How we looking?" TWYMAN responded, "He ain't said nothing yet, he said he gonna call as soon as get, he close. You know it's that rush hour traffic that's what I was telling you." MASON stated, "Right, right, right, right." TWYMAN said, "So I know he's gonna be a little bit, man. I'm fittin' to call him and see." MASON replied, "Alright."

83.     At approximately 3:24 p.m., (TP1 Session #840), MASON, using Target

Phone 1, received an incoming call from MYERS, using (773) 444-7515.[22] MASON

said, "Hey, Big Bey." MYERS said, "I'm on my way." MASON replied, "Alright."

84.     At approximately 3:42 p.m., (TP1 Session #850) MASON, using Target

Phone 1, received an incoming call from TWYMAN, who was using the 5422 Phone.

MASON stated, "Yeah ride?" TWYMAN responded, "Hey I got like 20 minutes out."

MASON stated, "Cool. Cool. Cool." TWYMAN stated, "I'm finna start heading down

there goddamn, put me in this traffic like a motherfucker, I'm worried though."

MASON responded, "You gonna be aight." TWYMAN responded, "Aight. I'm finna,

I'm finna to get it. He say look, this what he say man, he say man, just get--." The call

was then terminated.

85.     At approximately 3:49 p.m. (TP1 Session #855), MASON, using Target

Phone 1, received an incoming call from TWYMAN, who was using the 5422 Phone.

MASON asked, "What up, mello?" TWYMAN stated, "Hey now, I forgot to tell you

---

[22] MYERS has been identified and identified as the user of this telephone number through the following: (1) the user of this telephone arranged to pick up MASON and MASON was subsequently seen entering a black Chevy Malibu after leaving the Subject Premises on November 9, 2017 and law enforcement using video surveillance identified the driver of the Chevy Malibu and compared the person on the video surveillance to the Illinois Secretary of State photograph of DENNIS MYERS, and confirmed they were the same person; (2) on November 11, 2017, at approximately 11:41 the user of telephone number 773-444-7515 placed an outgoing call to MASON which went unanswered (TP1 Session #2544); simultaneously, MYERS was observed via video surveillance on the telephone outside the Subject Premises; (3) later on November 11, 2017, MYERS placed an outgoing call in which MYER's informed MASON that he had been at his residence (TP1 Session #2544); (4) on November 22, 2017, MASON placed an outgoing call to telephone number (773)-444-7515 and instructed the user to go to ANDERSON's work to conduct business (TP1 Session #3790); MYERS was subsequently observed at ANDERSON's work later that day.

man, these dudes come through 30,000 [$30,000] man. He got 30,000. Trying to get some ugh seafood [cocaine]. So I told we could make some money off that too." MASON replied, "That's sweet." Later in the conversation, TWYMAN stated, "Cause they on their way up here. What you want me to tell 'em? I'm saying they can come up here right now. See what you can do real quick, so we can make some money off that too." MASON answered, "We'll have to figure it all out."

86.    At approximately 3:57 p.m. (TP1 Session #856), MASON, using Target Phone 1, received an incoming call from TWYMAN, who was using the 5422 Phone. MASON stated, "Yeah Roadie." TWYMAN replied, "Yeah he there now. I'm fittin' to go get that grab [narcotics] from him real quick. You might have to meet me in a little bit." MASON asked, "Same price or he fittin' to come down a little bit?" TWYMAN stated, "Yeah you might have to come down a little bit. I'll let you know. But I'm heading that way right now." MASON replied, "OK, call me. So I can start heading that way." TWYMAN stated, "Ok. Man we gotta assign somebody to that line [narcotics distribution]. Man we gotta find somebody for that, nobody at 30 [$30,000 for one kilogram of cocaine]." MASON responded, "I know. But that at the same token they right at 30 [price for narcotics] in that mix, somewhere around there." TWYMAN replied, "Yeah. Hell yeah, man." MASON then stated, "That's why I waited on." TWYMAN stated, "They just went down like 28 [$28,000]. I got somebody at 28, but he ain't even up. He outta town." MASON answered, "Man." TWYMAN said, "Man this what I'm saying, get some from him [purchase narcotics from unknown male]

42

and goddamn it do-wop the wop. You see what I'm saying." MASON replied, "Right. If you got motherfucking 28, I sure could handle that." TWYMAN replied, "He ain't here though." MASON stated, "Right." TWYMAN stated, "He ain't here though. Nope he ain't even here. That's they only thing, he ain't here. If you can figure something out, let let me know. Shit. We need a piece of that pie too, shit."

87.  At approximately 4:10 p.m. (TP1 Session #858), MASON, using Target Phone 1, received an incoming call from TWYMAN, who was using the 5422 Phone. MASON said, "Yeah Mello?" TWYMAN replied, "Yeah, uh, Cermak Roadie." MASON replied, "Ugh, by [Restaurant B] uh kitchen? [Restaurant B located at East Cermak Road and Michigan Avenue in Chicago, Illinois]." TWYMAN asked, "You heard me?" MASON replied, "Meet you by [Restaurant B]?" TWYMAN replied, "Yeah. Cermak. Right there by (unintelligible)."

88.  Law enforcement officers monitoring video surveillance in the area of the Subject Premises, saw MASON exit the Subject Premises, wearing a blue jacket. At approximately 4:12 p.m. MASON walked northbound into the vacant lot adjacent to the residence, then entered a black Chevy Malibu, which drove off the lot at approximately 4:15 p.m.[23]

89.  At approximately 4:35 p.m. (TP1 Session #864), MASON, using Target Phone 1, received an incoming call from TWYMAN, who was using the 5422 Phone.

[23] The video surveillance footage timestamp was approximately twenty minutes behind Central Standard Time.

43

MASON asked, "What's up Roadie? I'm, I'm right here. I'm right here." TWYMAN replied, "Oh, you there already [Restaurant B]?" MASON replied, "Where you at?" TWYMAN answered, "I'm finna grab I just made it right here by him." MASON replied, "Okay, well, uh, I'm going to be sitting inside [Restaurant B], [Restaurant B] I'm getting something to eat up outta there."

90.     Law enforcement officers engaged in surveillance in the area of Restaurant B. At approximately 4:34 p.m., a black Chevy Malibu, bearing Illinois license plate AL2547,[24] arrived at Restaurant B's parking lot. MASON, wearing a blue jacket, exited the front passenger side of the Malibu and entered Restaurant B. Law enforcement officers conducting surveillance were unable to positively identify the driver who remained inside of the vehicle.[25] MASON sat near the front window of Restaurant B between approximately 4:50 p.m. and 4:58 p.m.

91.     At approximately 4:56 p.m. (TP1 Session #870), MASON, using Target Phone 1, placed an outgoing call to TWYMAN, who was using the 5422 Phone.

---

[24] Law enforcement conducting surveillance collected a partial license plate of AL2547. Later investigation revealed the full license plate to be AL25747, which, according to Illinois Secretary of State records, is registered in the name of an individual other than MYERS.

[25] Based on the intercepted calls referenced above and video surveillance capturing an individual matching an Illinois Secretary of State photograph of DENNIS MYERS exiting the Malibu wearing a red jacket, entering MASON's residence, the Subject Premises, and then re-entering the driver's side of the Malibu, still wearing the red jacket, in conjunction with video surveillance capturing MYERS on numerous occasions regularly driving the Malibu, it is believed that MYERS was the driver of the Malibu on November 9, 2017.

TWYMAN said, "I'm right here in traffic jam. This damn traffic." MASON responded, "OK."

92.     At approximately 5:02 p.m., law enforcement officers observed TWYMAN[26] enter the Malibu. TWYMAN then exited the Malibu and entered Restaurant B. TWYMAN approached MASON upon entering Restaurant B.

93.     At approximately 5:03 p.m. (TP1 Session #875), MASON, using Target Phone 1, received an incoming call from TWYMAN, who was using the 5422 Phone. MASON stated, "Hm, hm. Hold on one second. Yeah?" TWYMAN asked, "You inside?" MASON answered, "Yeah, I'm inside, I had an order." TWYMAN responded, "Aight. I'm right here in front of building now. I see you."

94.     At approximately 5:08 p.m., law enforcement officers observed TWYMAN and MASON exit the restaurant, then depart separately. TWYMAN entered a dark colored KIA sports utility vehicle, bearing Ohio license plate HAQ 7954,[27] that was parked in the parking lot of the restaurant.

95.     At approximately 5:42pm (TP1 Session #896), MASON, using Target Phone 1, received an incoming call from MYERS, who was using telephone number

---

[26] Law enforcement agents have identified TWYMAN by comparing the person observed at Restaurant B meeting with MASON with the Illinois Secretary of State photograph of KEVIN TWYMAN.

[27] The vehicle was registered to a PV Holdings, which based on public sources is the parent company of Avis Budget Group. A grand jury subpoena was issued to Avis Budget Group for records associated with this vehicle, which revealed that the vehicle was registered in the name of an individual who is believed to be the deceased girlfriend of TWYMAN, as discussed *infra*.

(773) 444-7515. MASON asked, "Ya?" MYERS responded, "Tell Do-Dirty [WILTZ] come and get it'." MASON said, "Aight." Based on my training and experience, my knowledge of the investigation and the training and experience of those with whom I have conferred, I believe that MYERS wanted WILTZ to obtain narcotics that TWYMAN had supplied MYERS and MASON earlier that evening.

### 3. On November 12, 2017, TWYMAN Informed MASON that Police Officers Seized Fentanyl.

96.     On November 12, 2017, in intercepted telephone calls, TWYMAN and MASON discussed fentanyl that was seized by Chicago Police Department officers investigating the overdose death TWYMAN's girlfriend.

97.     More specifically, on November 12, 2017, at approximately 2:58 p.m. (TP1 Session #1688), MASON, using Target Phone 1, received an incoming call from TWYMAN, who was using the 5422 Phone. TWYMAN said, "Man, my girl done killed herself, man." MASON asked, "You say what?" TWYMAN replied, "My girl killed herself." MASON asked, "What happened?" TWYMAN replied, "I don't know I wake up and she was dead man." MASON said, "Get the fuck out of here." TWYMAN said, "Man fuck me up bro. Now they trying to—they find, they found some shit [narcotics] in my crib and shit. Search my crib found some shit [narcotics] in my crib." MASON asked, "You say what? They found some shit [narcotics] in there?" TWYMAN replied, "Yep. Yep. I finna come holler at you man. Give me a second to get myself together." MASON asked, "I'm saying what—she she deliberately did it?" TWYMAN said, "(Unintelligible, background talking) OK, man. I don't know. Man. I think she killed

46

herself on the medicine or she overdosed on the medicine. I don't know what it is Mella. I ain't gone sit here and lie. She was upset I wouldn't be with her. You know what I'm saying?" MASON said, "Right." TWYMAN said, "She was upset I wouldn't be able leave my wife for her. You know what I'm saying?" MASON said, "Ok. Ok. Ok. I understand now. I understand now." TWYMAN said, "I wake up, she dead man. Man Mella, it's fucked up. Now these motherfuckers [police] in the crib. They go, it's like they ain't even try to look for no evidence [evidence pertaining to the death of the woman]. They try to get everything I had for looking in my shit." MASON said, "That shit, that can't, can't, can't though--." TWYMAN said, "Exactly." MASON said, "That ain't what it's about." TWYMAN said, "OK. Alright. OK. I'll be by there, Mella. Let me get myself together." MASON said, "OK."

98.    At approximately 3:04 p.m. (TP1 Session #1689), MASON, using Target Phone 1, received an incoming call from TWYMAN, who was using the 5422 Phone. MASON said, "Yeah Mellow." TWYMAN said, "Yeah they [police] found that fentanyl too man." MASON said, "Get the fuck out of here." TWYMAN said, "Yep, he [police] just called me and told me. Yep. But he ain't lock me up or nothing." MASON said, "They can't. They can't, they can't blame that for you. It ain't yo house right?" TWYMAN said, "Nuh-uh it [the title to the residence] ain't in my name." MASON said, "Right. It ain't nothing shit they can tell you about that." TWYMAN said, "Right. OK. Aight I'm gone call you in a minute mellow." MASON said, "Aight."

#### 4. On December 6, 2017, MASON and TWYMAN Obtained Approximately 496 Grams of Fentanyl.

99.     Between November 29, 2017, and December 6, 2017, in calls intercepted over Target Phone 1, MASON and TWYMAN discussed TWYMAN obtaining narcotics, including cocaine, heroin and black tar heroin, from TWYMAN's supplier. On December 6, 2017, TWYMAN and MASON discuss meeting to meet the supplier. Law enforcement surveillance subsequently observe TWYMAN pick up MASON at the Subject Premises, drive to a location in the West Loop of Chicago, and an individual provide TWYMAN with a yellow package. Shortly thereafter, law enforcement seized the yellow package from TWYMAN and MASON and determined it to contain at least approximately 496 grams of fentanyl.

100.    More specifically, on November 29, 2017, at approximately 8:43 a.m. (TP1 Session #5026) MASON, using Target Phone 1, placed an outgoing call to TYWMAN, who was who was using the 5422 Phone. MASON said, "What happened? You talk to him?" TWYMAN responded, "You told me-say nothing 'til you goddamn it holler at brothers. You told me that." MASON replied, "Nah, I was talking about on the black thing [black tar heroin] though." TWYMAN continued, "I know. I know, if I probably take him something. I know I could probably get it then. [TWYMAN needed to bring money to the supplier to obtain the narcotics]. You know what, I already know, man you still down [still owes narcotics debt] you know what I'm saying? You already know how that go." MASON continued, "Damn, I wanna make sure he [supplier] got that tar [black tar heroin] though. I'm gonna make sure that tar

[heroin] the right thing." MASON further asked, "He can't give us a piece [sample] of it roadie?" TWYMAN replied, "Yeah, I probably get a piece of, I can get a piece from him." MASON responded, "I just want to check the tar out. Check it out. Why don't you call him and see." TWYMAN responded, "I'ma get it to you."

101. At approximately, 8:59 a.m. (TP1 Session #5033), MASON, using Target Phone 1, placed an outgoing call to TWYMAN, who was who was using the 5422 Phone. MASON stated, "Tell him we gonna come with a sawbuck, that's gonna cut our bill [narcotics debt] in half right?" TWYMAN responded, "Uh huh." MASON continued, "Ask him can he re-new [re-supply] us and give us some that some of that black stuff, black stuff [black tar heroin]." MASON continued, "We need to strengthen them spoons up a little better [make the narcotics more potent]. So see if he will renew us and uh give us some of that black boy [supply us with black tar heroin]." TWYMAN asked, "So what you want? How much you want me to get?" MASON replied, "I want wherever he will give us. See if he will give us a nick [500 grams] and like 150 or 200 [grams] or something of that black." TYWMAN responded, "500 [grams] of that D [heroin] and 200 [grams] of the ugh black [black tar heroin]." TWYMAN responded, "Imma get it from him don't even worry about it, fuck. Gonna take him this ten [amount of money], I'ma get five [500 grams of heroin], I'ma get two [200 grams of black tar heroin]." MASON continued, "Make sure he give us some of the new thang." TWYMAN responded, "Yeah I got you."

102.    At approximately 10:04 p.m. (TP1 Session #5215), MASON using Target Phone 1, placed an outgoing call to TWYMAN, who was who was using the 5422 Phone. MASON stated, "You think we gonna still move around tonight [conduct a narcotics transaction]? Or nah?" TWYMAN responded, "Yeah, we gonna. I'ma got somebody bringing it [narcotics] to me right now. I had to holla at him. He got that motherfucking security." MASON replied, "Ok. Ok." TWYMAN continued, "He down like a motherfucker already. You already know how that goes." MASON asked, "...but both of em? Uh we gonna have both pieces [heroin and black tar]?" TWYMAN responded, "Huh?" MASON clarified, "I said both of em?" TYWMAN replied, "Yeah both of em."

103.    At approximately 10:40 p.m. (TP1 Session #5227), MASON using Target Phone 1, called TWYMAN, who was using the 6622 Phone. TWYMAN stated, "...off the E-way real quick?" MASON responded, "Yeah." MASON asked, "Which one?" TWYMAN responded, "Shit, seventy, by the Walgreens, yeah that's better." MASON replied, "Ok." TWYMAN stated, "Aight. I'm right here now."

104.    On December 1, 2017, at approximately 12:59 p.m. (TP1 Session # 5517), MASON using Target Phone 1, called TWYMAN who was using the 6622 Phone. MASON stated, "I'ma free up, I should be able to free up a dub [quantity of money] tomorrow. Aight?"   MASON continued, "Put 25 cent in your pocket [provide TWYMAN with a portion of the narcotics proceeds]. You know what I'm saying?" TWYMAN responded, "Ok." MASON replied, "I already know our tab [narcotics debt].

I know it's around uh, it should be around a uh, a dub [quantity of money], somewhere around there right?" MASON continued, "It's around a dub [quantity of money]. A matter of fact it is a dub, a dub five [quantity of money owed]." TWYMAN responded, "It's like some change, it's some change, it's a lil change." MASON replied, "A dub five, it's a dub five to be exact with 35, 7 and the 10." TYWMAN responded, "Uh huh." MASON replied, "Ok, 25 just you know what I'm saying? Cause you gotta get something for your doing [brokering the narcotics transactions]. You know what I'm saying? Just put 25 for you in your pocket for now. When that car with the drug and then I'll come with the balance and that. So what I think this what I'm saying. You can grab, grab a whole thing and at least a trey of the black one [black tar heroin]." TWYMAN replied, "I'ma do that, I'ma do that. That's what I told you when we- once, once, we get cleared up, he gone, I'm finna get 2 of em. He got, he got he got bout' 10 of em right now. He got 10 right now. So I'ma grab, I'ma grab a deuce [200 grams] and I'ma grab another deuce [200 grams] of the C [cocaine]. I'ma get both of em. I'ma get two, two, and Ima get five. Five [500 grams] of the black [black tar heroin]." TWYMAN continued, "I'm finna get us loaded up."

105.    On December 2, 2017, at approximately 11:43 a.m. (TP1 Session #5763), MASON, using Target Phone 1, called TWYMAN, who was using the 6622 Phone. TWYMAN said, "Dude had called me yesterday. ... He like man, I got some real real nice for ya, man. So I'ma like get. So if he's got like 10 of them bitches [kilograms], bro, I'm finn' to get at least three [kilograms] of them." MASON responded, "That's

51

what I'm saying. He here?" TWYMAN responded, "Yeah he here. Yeah he here. He just, he just fresh off the boat."

106.    At approximately 8:31 p.m., law enforcement officers reviewing video surveillance observed TWYMAN arrive at MASON's residence at the Subject Premises in Chicago, driving a black 2013 Audi A8 L Quattro, bearing Illinois license plate Y905360.[28] TWYMAN exited the vehicle and entered the Subject Premises. At approximately 8:34 p.m., TWYMAN exited the Subject Premises alone with a large square object wrapped in a plastic bag hanging out of his coat pocket and entered the Audi.

107.    At approximately 10:53 p.m. (TP1 Session #5925), MASON received an incoming call on Target Phone 1 from TWYMAN, who was using the 6622 Phone. TWYMAN stated, "I'm down here talking to this motherfucker [narcotics supplier] right now my roadie. I'ma call you as soon as I finish fucking with him. You know I gotta sit down and talk with him for a minute." MASON replied, "No problem."

108.    On December 3, 2017, at approximately 3:34 p.m. (TP1 Session #6044), MASON, using Target Phone 1, received a call from TWYMAN, who was using the 5422 Phone.  TWYMAN stated, "Yea, my bad roadie. I was with that motherfucker all night man. Man, you talking about motherfuckers that party man, goddamn, I was with them all night." MASON replied, "Good, good. That's what I want you to do.

---

[28] Based on a review of records of the Illinois Secretary of State, the 2013 Audi A8 L Quattro, bearing Illinois license plate Y905360 is registered to an individual other than TWYMAN at an address on S. Wabash in Chicago.

Be with them." TWYMAN responded, "Hell yea. I, I, uh, this the, this the move though." TWYMAN continued, "He in the morning, he gone have, wha, he gone have, three [kilograms] for me." TWYMAN then said, "Three and, three and a half, a half of tar [black tar heroin]." MASON asked, "He gone have three, three, three, what, three of 'em?" TWYMAN responded, "Whole ones [kilograms]. Whole ones." TWYMAN continued, "Yeah, see I got, I was seeing what he was trying to do 'cause I gave him the whole. I gave him the whole, uh, it was a dub nine [$20,900]. I gave two [$20,000], I put 29 [$2,900] with what you gave me." Based on my review of this intercepted communication, my knowledge of the investigation, my training and experience, and the training and experience of other agents with whom I have conferred, I believe TWYMAN was referring to having paid his narcotics supplier the night before with money from MASON and from TWYMAN.

109. On December 4, 2017, at approximately 5:14 p.m. (TP1 Session #6249), MASON, using Target Phone 1, placed a call from TWYMAN, who was using the 6622 Phone. TWYMAN said, "He said the morning, Roadie." MASON asked, "Morning?" TWYMAN said, "Yup." TWYMAN later said, "He said don't go nowhere though."

110. On December 6, 2017, at approximately 4:42 p.m. (TP1 Session #6685), MASON, using Target Phone 1, received a call from TWYMAN, who was using the 6622 Phone. TWYMAN said, "I just got off the phone with him. He said goddamn it, he said come to my crib. ... Give him a couple minutes til the traffic die down. Then he'll be here." MASON replied, "I got something on the hook. I'm gonna try to let go."

TWYMAN responded, "Aight, ok. Let me call him. I'm finna to just go down there man."

111.   At approximately 4:44 p.m. (TP1 Session #6686), MASON, using Target Phone 1, received an incoming call from TWYMAN, who was using the 6622 Phone. TWYMAN said, "I told him I had something in line man. I said that I needed to see him ASAP. He told me to just be at his crib at 7:00. So I'll be at his crib at 7:00." TWYMAN then said, "I was fittin' to come get you, let you ride with me." MASON responded, "Man, come on. Come get me." TWYMAN said, "Aight. ... I'll call you in a few when I'm headed your way."

112.   At approximately 5:43 p.m. (TP1 Session #6696), MASON, using Target Phone 1, placed a call to TWYMAN, who was using the 6622 Phone. TWYMAN said, "I'm like 2 minutes away from you roadie." MASON asked, "What you say mellow?" TWYMAN responded, "I'm like 2 minutes away from you." MASON said, "Ok. Aight." TWYMAN said, "Alright."

113.   At approximately 5:45 p.m., TWYMAN's black Audi was observed by surveillance entering the area of the Subject Premises, and parking on the west side of S. Champlain. At approximately 5:46 p.m., TWYMAN was observed exiting the black Audi and entering the Subject Premises. At approximately 5:48 p.m., TWYMAN exited the Subject Premises and re-entered the black Audi. TWYMAN remained inside of the vehicle parked on the east side of S. Champlain Avenue. At approximately 5:51 p.m., MASON exited the Subject Premises and entered the front

passenger seat of the black Audi. Law enforcement officers observed the black Audi drive northbound on Champlain Avenue.

114. At approximately 7:24 p.m., law enforcement officers observed the black Audi park in the area of 172 N. Halsted Street, Chicago, Illinois, facing southbound. At approximately 7:43 p.m., law enforcement officers conducting surveillance observed MASON exit the black Audi and walk southbound on Halsted Street towards Randolph Street and out of the view of surveillance. At approximately 8:12 p.m., law enforcement officers on surveillance observed Individual A, exit the residential building at 730 W. Couch Place, Chicago, Illinois, and walk westbound on Couch Place while holding a large, yellow envelope. Individual A entered the front passenger side of the black Audi. At approximately 8:14 p.m., Individual A was observed exiting the black Audi without the large, yellow envelope and re-entering 730 W. Couch Place.

115. At approximately 8:34 p.m., law enforcement officers observed MASON walk back to the Audi from the area of the Randolph Street and Halsted Street intersection, and enter the passenger door of the black Audi. At 8:35 p.m., the Audi was observed driving southbound on Halsted Street.

116. At approximately 8:48 p.m., law enforcement officers stopped the black Audi near Garfield Boulevard and Martin Luther King Drive in Chicago, Illinois. During the course of the stop, law enforcement officers recovered one, large yellow envelope which contained five clear plastic baggies containing a white hard chunky

substance and two clear plastic baggies containing a black, hard chunky substance. The substances were submitted to the DEA North Central Laboratory for testing. One substance was determined to be approximately 496.777 grams of fentanyl hydrochloride. The test results of the second substance remain pending.

### C. During Intercepted Communications, PUGH and MASON Conspired to Further the MASON DTO

117. In intercepted telephone calls between February 9, 2018 and February 12, 2018, PUGH and MASON discussed their narcotics distribution conspiracy, including the rate at which narcotics were selling, the quality of the narcotics being sold, customer complaints about the narcotics and MASON supplying PUGH with additional narcotics to sell.

118. More specifically, on February 9, 2018, at approximately 5:43 p.m. (TP3 Session #233), PUGH, using Target Phone 3, placed an outgoing call to MASON, who was using (312) 478-1096 ("the 1096 Phone").[29] PUGH said, "I got two on deck [narcotics set up for purchase]. What I got lined up, I'm finna umm, let my little man what's it's name but if not it will have to probably be in the morning."

119. At approximately 6:26 p.m., (TP3 Session #234), PUGH, using Target Phone 3, placed an outgoing call to MASON, who was using the 1096 Phone. PUGH said, "Hey what I was finna to say, hey ugh, fool brother gonna pull over there. Umm

---

[29] Law enforcement officers identified MASON as the user of the 1096 Phone by comparing the voice of the user of this phone with the voice of the user of Target Phone 1, known to be MASON, and determining that the voices are the same.

he said give him um, he got the money, he gonna bring the money back to me but give him fifty [50 grams] of ours [PUGH and MASON's mixed narcotics] though, don't give him none of that straight up shit [pure narcotics]. 'Cause I ain't, I'm still in the crib right here but he finna to pull over there. I'ma have you send somebody outside. You don't go yourself though." MASON said, "Ok. Aight. I'ma send Little Man." PUGH said, "Aight, I'ma call you when he outside. I think he in a little Honda or something but he gonna pull up right in front [the Subject Premises]." PUGH continued, "You know what I forgot to tell you? My too, Fat Boy right? He um remember I told you he had gotten a hold to that F [fentanyl] thing." MASON said, "Yeah." PUGH said, "He say, I don't know if it's just how he doing it or what but he say he got like he say he a put like a hundred of move [heroin], 50 of that [fentanyl], and then some what's its name on it and he said it be good for four days up to four or five day and then ain't no good [not potent] no more. So he saying he thinking that the thing [fentanyl] is eating it up or whatever but he got it you know what I'm saying? He gonna give me about five or six [quantity of fentanyl] to see what it is because don't only uses it like we use it, he just put it all in there together and then send it out and if the people don't get rid of [distribute] it fast enough you know what I'm saying? It don't hold [stay potent]. So I don't know if you want to try and see what it do or what but he said he let us see what it do. He ain't pay nothing like 30 dollars apiece [30 dollars per baggie] for them. 'Cause his cousin had it and his cousin had a whole one." MASON said, "Right. We'll see." PUGH said, "I think it's some good. I just think he is doing too much though

[adding too much fentanyl to the heroin mixture] but I'ma down play it to his ass anyway. You know what I'm saying?" MASON said, "Ok." PUGH said, "He just wanna make some of his money back off the shit." MASON said, "Aight we check it [the fentanyl] out."

120. At approximately 7:22 p.m., (TP3 Session #241), PUGH, using Target Phone 3, placed an outgoing call to MASON, who was using the 1096 Phone. PUGH asked, "Hey. Do-Dirty's [WILTZ] still there?" MASON replied, "Yeah." PUGH responded, "Hey, send him with that to the BP on um 63rd by the Dan Ryan. Fool say he ain't, he in a Honda and he keep getting stuck in the snow man." MASON talks to WILTZ in the background stating, "Aye, aye grab that from bro and go to ugh the BP on 63rd by the Dan Ryan." WILTZ is heard in the background stating, "BP on 63rd and the Dan Ryan, aight." PUGH responded, "Aight, grab it for him and just let me know when you in there and I'm at have and I'ma have my main brother grab it. He ain't gonna give you the money though." WILTZ responded, "Aight."

121. At approximately 8:06 p.m., (TP3 Session #245), PUGH, using Target Phone 3, placed an outgoing call to MASON, who was using the 1096 Phone. PUGH asked, "You still at the crib [the Subject Premises]?" MASON responded, "Shit, leaving out the door." PUGH replied, "Awe shit. I need like four, four bricks [kilograms of narcotics] just put to the side. I'ma come grab 'em." MASON responded, "Ok." PUGH replied, "If you can get to them right fast. If not don't even worry." MASON responded, "Aight. Ok." PUGH asked, "You gonna do it? Where you gonna

put them at?" MASON replied, "Umm, Do-Dirty [WILTZ] gonna have to give them to you." PUGH responded, "Aight, just give them to Dirty [WILTZ] then. I'll get them. Tell Dirty [WILTZ] he can just bring them to me." MASON asked WILTZ in the background, "Do-Dirty where you put the stuff at?" WILTZ responded, "I put it up." MASON replied, "Don't tell me you put up none of mine man. What the fuck is wrong with you. Dumb motherfucker. You don't do no stupid shit like that." MASON told PUGH, "He gone have it." PUGH replied, "Aight."

122.    On February 11, 2018, at approximately 12:11 p.m. (TP3 Session #469), PUGH, using Target Phone 3, received an incoming call from MASON, who was using telephone number (312) 447-4267 ("the 4267 Phone").[30] PUGH said, "Um, naw they good, fool say it been, it been uh, it been, it been slow as hell for our night man [person selling narcotics at night]. He still got 9 [user amounts of narcotics]. So I don't know. I'm trying to see what the fuck going on now. See what uh, see if a motherfucker been saying something or something but. Other than that, uh, Ryan [PEARSON] and them uh got 5 [5 user amounts of narcotics] left. So Ryan [PEARSON] done moved fast for him, took his time. I don't know why though, but I'll see. So we good you ain't got to do nothing." MASON said, "It might just the weather man, motherfuckers can't get

---

[30] On January 11, 2018, CS-1 informed law enforcement that MASON contacted CS-1 using the 4267 Phone. MASON informed CS-1 that this was MASON's new telephone number, on which he could be contacted. Additionally, numerous recorded calls on the 4267 Phone reference the caller as "Chip" the known nickname of MASON. Lastly, law enforcement reviewed calls of MASON from Target Phone 1 and identified the user of the 4267 Phone as the same voice of MASON from Target Phone 1.

out." PUGH said, "I already, I already know. It ain't nothing wrong with the move [narcotics], I know that for sure."

123.    At approximately 1:08 p.m. (TP3 Session #481), PUGH, using Target Phone 3, placed a call to MASON, who was using the 4267 Phone. PUGH stated, "Yeah fool say that a lot of his people [customers] was focused on them umm double-ups [quantity of narcotics]." MASON replied, "Yeah." PUGH continued, "And he said that's where a lot of his action went because he had like three motherfuckers that come from like Wisconsin and Indiana and buy like three, four whole joints cause they went back out there and sold them like that, you know what I'm saying?" MASON continued, "Right." PUGH responded, "He say that's why his whole up there, that's why it's slow for him to come. That's the one used to have. Shit he used to run through that shit. Say like shit, so we give him that shit like two days ago, now right?" MASON replied, "Uh huh." PUGH responded, "And he say he still got like nine and a half [quantity of narcotics] of them motherfuckers out of the thirteen [quantity of narcotics]. He say so like when we went like single low, you know what I'm saying, it really slowed, slowed up for him. But it like with fool nem up there it really don't make a difference but like I told you with him he had his own little clientèle from when he was doing shit on his own. But remember I told you I made it where he couldn't do nothing on his own, if he was gone get out, he was gone get out for us [if the unknown male was going to sell narcotics, he needed to sell for PUGH and MASON], you know what I'm saying?" MASON stated, "Ok, this what I'm saying

60

right. He, he, he, do he go throughout the day too?" PUGH answered, "Yeah, he do all day and night. He do all day. Like he don't just work. He twenty-four-seven, like. You know what I'm saying?" MASON replied, "Right." PUGH explained, "You can knock on his door or call his phone whenever. He only just don't work at night, you know what I'm saying?" MASON responded, "Ok what." PUGH stated, "I just call him, my hype man cause Ryan [PEARSON] them go in when the store [Store A located on 63rd Street in Chicago][31] close." MASON asked, "How far he is? He down there in the court building and Ryan [PEARSON] down that way right?" PUGH responded, "Right, well he on 61st and Ryan [Dan Ryan Expressway] 'em on 63rd." MASON replied, "So you think, you think I can separate that?" PUGH responded, "I mean we could, we could, we could but at the same time I don't know because it'll be like a motherfucker getting the same flavor on the double up [double the amount of user amount of distribution qualities at reduced price] side. I don't know cause you know this umm." MASON responded, "Listen, we gone, we gone do something a little different, ok?" PUGH replied, "Aiight." MASON continued, "We gone do something a little different with the double-ups just to keep the double ups out there. With him make sure he have his double-ups. It's like we'll be running like two different things though." PUGH responded, "Right." MASON continued, "But we gone put them in, we gone put them things and run them different cause the dimes [ten dollar bags of

---

[31] Store A was identified as the store in which PEARSON operated by law enforcement surveillance observing PEARSON standing in front of the store coupled with CPD undercover purchases taking place within the store, as described further in this Affidavit.

narcotics] got to be better and stay a certain way. But see and the other ones you know?" PUGH replied, "We uhh just, we uhh just try that shit when he finally get through with these cause if Ryan [PEARSON] nem finish I have Ryan [PEARSON] nem grab some of them and help him out." MASON responded, "Right." PUGH replied, "We uhh just, we uhh just try it on the next trip." MASON responded, "Ok. Separate them. Ok, so I just go gone ahead and send for the other one, the other ones." PUGH asked, "You still in the crib?" MASON responded, "Yeah, yeah." PUGH replied, "Aiight. I'm uhh slide on you."

124.    On February 12, 2018, at approximately 12:55 p.m. (TP3 Session #559), PUGH, using Target Phone 3, received an incoming call from MASON, who was using the 4267 Phone. PUGH said, "You think that move [narcotics] coulda fell [lost potency] in these couple days?" PUGH continued, "Like fool don't like, the night man [man who sells narcotics at night], he be having um. Then one lady, she just came to Ryan [PEARSON], who she be sending to him at night, she said the same shit. You know what I'm saying? Then, she just, one or two more motherfuckers just told Ryan [PEARSON] like, it still hitting [narcotics are potent] but it ain't strong as it was like, it's falling by the days or whatever." MASON said, "Oh yeah. You take back the rest?" MASON continued, "We can take out the mix." PUGH said, "Yeah cause I was trying to see some because I was seeing, what you should, uh, try one time without that move [without mixing the narcotics]. You know the ones you jammed [mixed]?" MASON said, "Yeah." PUGH said, "Put um out there regular [not mixed] one at a

time. Just run um in. And then you know?" MASON said, "Ok without the new move."
PUGH said, "Yeah without the woop. Cause I'm thinking, I've done enough bank
checking on that bro because other than that, it ain't nothing else it could be. Know
what I'm saying?" MASON said, "Ok." PUGH said, "Cause that other move [narcotics]
we had, they held for days and you know what I'm saying what else could make it do
that besides that?" MASON said, "Umm, we ain't been holding nothing [narcotics] no
days [holding onto narcotics for an extended period of time]." PUGH said, "That's
what I'm saying. I don't know that's what [unintelligible]." MASON said, "It's been 4
days." MASON continued, "We ain't been do nothing. It's been damn near like, every
little bit over 24 [24 hours] and they been going." PUGH said, "Right. That's what I'm
saying. Now with these motherfuckers, but see everybody been complaining and slow
draggin [not a good high]. I know this godamnit cause like then Ryan [PEARSON]
said today, him and fool ain't did shit [did not sell large quantity of narcotics]. The
little few he did do, motherfucker come back talking about man, tell big bro go back
and step his game up. That ain't feeling like him. Know what I'm saying?" MASON
said, "Ok. Let's switch back [use other narcotics] like you said. Make that straight
[narcotics without mixing agents]. And go on and see if we have a different result
[better narcotics sales]." PUGH said, "Aight I'm finna go out there. You want me to
bring all that shit [narcotics] right back? Or what you want me to do?" MASON said,
"Yeah. Yeah."

125.   On February 12, 2018, at approximately 1:49 p.m. (TP3 Session #587),
PUGH, using Target Phone 3, placed an outgoing call to MASON, who was using the
4267 Phone. PUGH stated, "Nothing. I was just trying to see something. I was fittin'
to tell you hold that thought for a minute 'cause I might have a mole man. This n****
might be trying to do his own thing on the sneaky side again. I don't know cause I
had Ryan [PEARSON], I told Ryan [PEARSON] just take about 10 [bags of narcotics]
of um and pass it out [distribute the narcotics for free], know what I'm saying. And
just see a motherfucker reaction and act like it's something new. Ya know?" MASON
responded, "Right." PUGH continued, "Motherfucker came back talking like, yeah it
hit hard, it got a decent drain [narcotics where of decent quality] lemme just see how
long it hold me. You know what I'm saying? So if it's hitting hard and got a decent
drain, it couldn't have fell off [potency of the narcotics did not decrease]." MASON
replied, "It's the same. Like I'm saying damn that's straight up joe." PUGH
responded, "Man that's what I'm trying to figure out. I'm just trying to figure this shit
out right fast. That's why I'm out now. And I'm out but see by him, I know by my
already saying bout more (unintelligible) us. We shoulda tried to sneak and do a
couple things. But I know by me saying something now, he ain't gone get caught right
now doing nothing." MASON replied, "You know what, it's just simple like you said.
He may want to do something else because we took the other thing away from him.
Know what I'm saying?" PUGH responded, "Yeah, yeah." MASON continued, "So so,
bottom line, we can it leave all that, go ahead and do what's coming for him. I bet ya

64

that alleviate the problem. And we were putting more on that. See what I'm saying?" PUGH replied, "Yeah, no doubt. No doubt." MASON responded, "So we just go ahead and do that, I promise you them problems done go away." PUGH replied, "Right." MASON continued, "I mean it might be uh, uh, like you said a little slow (unintelligible). But you gotta look at it like this, it's slow for everybody." PUGH responded, "Ryan [PEARSON] and them ain't complaining. Ryan [PEARSON] done selling. It ain't that slow for them. They only got 2 [bags of narcotics] left out of they 13 [bags of narcotics]. And that's what I'm saying. They usually be the slow motherfuckers. You see what I'm saying?" MASON replied, "Yeah I don't think nothing's wrong joe." PUGH responded, "That's what I'm saying, motherfuckers done came to Ryan, complaining about dude. That's what's making me think he's doing something extra. Like." MASON replied, "Ohhhhh, ok, now I know where you're coming from." PUGH responded, "Now you see what I'm saying?" MASON replied, "He's doing something." PUGH responded, "He got to be doing something extra. That's what I'm getting at." MASON replied, "That, that, that, that could be. That could be." PUGH responded, "But like you say, that might only be because of." MASON replied, "He was getting his money off." PUGH responded, "Exactly". MASON replied, "We took his money away and he might be doing some extra shit trying to get it back, that's all." PUGH stated, "...I had brought this thang out with me too, I want you to fix for me [re-mix narcotics]. Cause I got a motherfucker on deck

65

[customer for a transaction]. How long before you get back to the house [the Subject Premises]?" MASON responded, "You can go ahead there. ... I'll be right back."

**D.   During Intercepted Communications, PUGH Conspired to Distribute Narcotics with OBRYANT, WHITE, WILLIAMS and PEARSON**

126.   As described below, between February 7, 2018 and February 23, 2018, during intercepted communications, PUGH conspired with OBRYANT, WHITE, WILLIAMS and PEARSON to distribute narcotics on the South Side of Chicago.

**1.   On February 8, 2018, PUGH, OBRYANT and PEARSON Conspired to Exchange Narcotics for a Firearm.**

127.   During intercepted communications on February 7, 2018, and February 8, 2018, PUGH and OBRYANT discussed PUGH exchanging narcotics for a firearm. In subsequent calls, PUGH discussed with WHITE that WHITE should put the firearm "on the block." Shortly after, law enforcement surveillance observed a vehicle OBRYANT was driving park in front of the Subject Premises and PEARSON exited the Subject Premises and approached the vehicle. PEARSON quickly returned to the Subject Premises and a few minutes later an unknown female walked from the vehicle to the Subject Premises carrying what appeared to be a heavy object. A few minutes later, the unknown female exited the Subject Premises and returned to OBRYANT's vehicle. Law enforcement subsequently stopped OBRYANT's vehicle without finding any contraband. In intercepted calls after the stop, PUGH and OBRYANT, and PUGH and MASON, discussed the stop and the reasons why law enforcement was unable to locate the narcotics.

66

128.     More specifically, on February 7, 2018 at approximately 11:05 p.m. (TP3 Session #84), PUGH, using Target Phone 3, received an incoming call from PARIS OBRYANT, who was using telephone number (773) 571-9568 ("the 9568 Phone").[32] OBRYANT said, "This Pete boy." PUGH asked, "Why you change your number? Bitch." OBRYANT responded, "I didn't my number is still the same. Just my other phone is dead." OBRYANT continued, "I'm broke bitch. I'm trying to tell you I need something real fast. I don't need nothing. I just need you to point me in the right direction." PUGH asked, "Whatcha need? What's up?" OBRYANT responded, "Hey, hey, hey come on man, I'm trying to talk. I'm need some money. Point me in the right direction. I've got five motherfuckers [five people], we got five 30's [five weapons each with a thirty round magazine] with them and we all broke. I'm tired of this shit." PUGH said, "Ain't no direction to point you in, because ain't nobody got nothing. But what they want to do with some of those 30's [guns] you all got though?" OBRYANT said, "Kill people." PUGH asked, "Huh?" OBRYANT responded, "Kill people." PUGH said, "Nah, we don't need to kill nobody. Ain't nobody worth killing bro. Ain't nothing out here to kill nobody for." Later in the conversation, PUGH said, "I got something for you to hustle [narcotics to sell] but I don't got nothing for you to take [rob]. I don't know nobody to take man. Ain't nobody around with none [money]. For real, you know

---

[32] Following a traffic stop of PARIS OBRYANT on February 8, 2018, law enforcement officers listened to a call from the user of the 9568 Phone. Law enforcement positively identified the voice of the speaker calling from the 9568 Phone as the same speaker they spoke with during the traffic stop.

what I'm saying?" Later in the conversation, OBRYANT said, "Aye man, I'm fucked up right now. I need, everybody, my line [narcotics sales] still doing good but I don't got nothing [narcotics] to put on it." PUGH asked, "You talk about on the, on the what?" OBRYANT said, "On the pill side. On the P side." PUGH asked, "On my end?" OBRYANT said, "Oh I ain't got none of that [pills]. Man what's up on the … Loud [cannabis] too." PUGH said, "I got you. I got some [cannabis] for whenever. Man whenever, that's nothing, you know I got some of that [cannabis]. I can give you a few of them to get goddamnit just get the hanks off you." OBRYANT said, "Let me know when you ready cause just, I need to do something." PUGH said, "Man meet me in the morning. Come by in the morning I give you, I got about a sawbuck [10 grams of cannabis], so you can go on and kick it, get it back on cause that's another source that I don't get, so everybody get it. So you know what I'm saying?" OBRYANT said, "Alright, I love you. I definitely need some [narcotics]." PUGH said, "You know I got like a sawbuck for you. I ain't got nothing but a quarter [25 grams] but I'll split. I'll give you 10 [10 grams of narcotics] of it. Ima take the other 15 [15 grams of narcotics] and get back to the store [Store A]. with it."

129.    PUGH continued, "I do need a move [gun] though. I'm naked [without a gun for protection] though bro. I am still naked, remember I been naked. You supposed to been looked out [given PUGH a gun]." OBRYANT responded, "I ain't gonna lie to you. Only I got extra moves [guns] that we ain't riding with. We got six guns, only five of us. Only extra move we got, you don't want from us." PUGH said,

68

"So give me one of those moves [guns] man. I'ma get you straight man." OBRYANT said, "Look man, this is what I'm saying. Look what I'm saying. Only extra move we got, cause we got cause we were in two shootouts this week. All kind shit been happening you know what I'm saying. I'm trying to get rid of my shotgun cause my shotgun's been on the moves all kind of shit. You know what I'm saying?" PUGH said, "Right. Aight look." OBRYANT said, "This is what you do. If you can finesse somebody, I got a brand new HiPoint 45 [HiPoint 45 caliber handgun]. If you can get somebody who got a regular 9 [9 mm handgun]. You can have that motherfucker [HiPoint 45 caliber handgun]. I don't need to get nothing for it." PUGH said, "No, they ain't gonna finesse but I just get that and put it in [unintelligible]. That's something to have just to bluff a n****. I, I, n**** run up on me [attempts to rob], I ain't got nothing [gun], I'm dead. At least I can up that and bluff a n****." OBRYANT said, "It work. On my momma it work. It just saved my life." PUGH said, "Bring that [HiPoint 45 caliber handgun] tomorrow for me man and I'ma, ugh go and straighten you out [provide narcotics]. Just need that to have. I'ma give you that [narcotics] anyway but just bring that [gun] for me to have something around man."

130. On February 8, 2017, at approximately 11:41 a.m. (TP3 Session #102), PUGH, using Target Phone 3, received an incoming call from OBRYANT, who was using telephone number (773) 367-9474 ("the 9474 Phone").[33] PUGH said, "Yeah I'm

---

[33] Following a traffic stop of OBRYANT on February 8, 2018, law enforcement officers listened to numerous calls made by a user of the 9474 Phone. Law enforcement positively

in the hood right this minute man. Hold on, what time you coming this way?" OBRYANT said, "Depends what time you wanna slide, we'll slide on with it [bring the gun over to PUGH's house]." PUGH said, "You gonna bring that [gun]. Why don't you give me that woot move [referencing a different gun, not the HiPoint 45 caliber] too, man? What else you got man, I can get?" OBRYANT said, "I only got 2 personals [2 guns]. I got that [HiPoint 45 caliber handgun], my personal and my other personal is a 1911. Everybody got their own shit." PUGH asked, "You said you got a, what's the other one?" OBRYANT said, "A 1911." PUGH asked, "What the hell is that?" OBRYANT responded, "It's a Colt 4-5 [Colt brand, 45 caliber handgun]." PUGH said, "Yeah I know what you talking about. Oh aight, well I'm finna, um, I'm gonna be ready for you in about 30-40 minutes. Then you can slide this way." OBRYANT said, "I was just gonna finesse a motherfucker and trade (unintelligible)and get something better. A little 9 [9 mm gun] or something that's better. Shit. One that can do the same thing. But it's brand new, it blew shit. That boy [HiPoint 45 caliber handgun] saved my life." PUGH said, "Oh, alright well shit I mean we just have it around. Know what I'm saying?" OBRYANT said, "That shit won't happen around motherfuckers, stand around dishing. N****s hating." PUGH said, "Yeah, I know. I already know.

identified the voice of the speaker calling from the 9474 Phone as the same speaker they spoke with during the traffic stop, and the user of the 9568 Phone. In addition, during an undercover purchase of crack cocaine from OBRYANT on February 24, 2018, as described in this Affidavit, OBRYANT provided the undercover officer with the 9474 Phone as his telephone number.

Shit I'mma call you as soon as I god damnt grab them and be stationary. I'mma tell you where to come to."

131. At approximately 1:01 p.m. (TP3 Session #116), PUGH using Target Phone 3, placed an outgoing call to MARTELL WHITE who was using telephone number (773) 322-2979 ("the 2979 Phone").[34] PUGH asked, "Where you at slime?" WHITE responded, "On the deuce" [62nd Street]. PUGH continued, "I'm fittin' to have. Old goofy called me talking about he broke or whatever he did, so I tell him, man, I'm still naked you know what I'm saying. He talking about man I don't got nothing but a motherfucking Hi-Point or some shit. But he gone give it to me. I'mma give his ass a few bricks for it so he can try to do something. Um Pete [OBRYANT]. So he gone give it to me, but I ain't around. He trying to give it to a motherfucker. I'mma have him slide it on you, it's free. You can put that bitch on the block [put the firearm at one of PUGH's narcotics locations] somewhere. Anywhere, I don't give a fuck." WHITE replied, "Aight."

132. At approximately 1:02 p.m. (TP3 Session #117), PUGH, using Target Phone 3, placed an outgoing call to OBRYANT, who was using the 9474 Phone. PUGH

---

[34] Law enforcement officers identified MARTELL WHITE as the user of telephone number 773-322-2979 through the following: the number is associated with the Facebook account for "Deshaun White" and the person in MARTELL WHITE's Chicago Police Department arrest photograph strongly resembles the photographs of the user of Facebook account "Deshaun White."

said, "You can run it to Rude[35] [WHITE] right fast, he on the deuce [62nd Street]."
OBRYANT said, "I wasn't trying to go on the deuce in my truck. As a matter fact, I'm
going to meet you on the e-way [expressway]. Just tell me when you get close." PUGH
said, "You ain't gone meet me on no e-way. You gone come to my motherfucking block,
n****. I'm on be on Champlain somewhere." OBRYANT said, "Ah, shit. I'd rather do
that." PUGH said, "Aight, I'm call you when I get right there. You just pull right there
then."

133.   At approximately 1:46 p.m. (TP3 Session #123), PUGH, using Target
Phone 3, received an incoming call from OBRYANT, who was using the 9474 Phone.
OBRYANT asked, "Where to go?" PUGH responded, "6424 Champlain [the Subject
Premises]." OBRYANT said, "Aight, I finna get off the e-way on 67th."

134.   At approximately 1:37 p.m., law enforcement officers monitoring video
surveillance observed a silver Volkswagen, bearing Illinois license plate S169779,[36]
park in front of the Subject Premises. Shortly after parking, PUGH was observed
exiting from the driver's side of the vehicle and walking into the residence at the

---

[35] Law enforcement has determined that WHITE is associated with the nickname "Rude"
through a review of WHITE's social media. Specifically, WHITE's Instagram account
handle is "rude_america" with the user name, "Rude Boy." WHITE's CPD arrest
photographs match that of the photographs of this Instagram user.

[36] Illinois license plate S169779 is registered to a 2016 Volkswagen Passat, silver in color.
The registered owner is Hertz Car Rental located at 2170 Mannhein Rd., Des Plaines, IL
60018. According to information received from Hertz, PUGH's wife was registered as the
renter of the vehicle from January 30 to February 15, 2018.

Subject Premises. Seconds later, PEARSON was observed exiting the same vehicle, and entering the same residence.

135.   At approximately 2:03 p.m. (TP3 Session #133), PUGH, using Target Phone 3, received an incoming call from OBRYANT, who was using the 9474 Phone. OBRYANT said, "Tell them to hurry up. I scanned the block twice with it. They [police] been following me round this motherfucker hot as hell. I'm not (unintelligible). I'm in front of 6428 [S. Champlain]." PUGH said, "Aight. Here we go."

136.   At approximately 2:03 p.m., a white Chevrolet Tahoe, bearing Illinois license plate ZU 48983,[37] was observed parking in the area of 6428 S. Champlain Avenue. At 2:04 p.m., PEARSON was observed exiting the Subject Premises and running up to the rear driver's side area of the white, Chevy Tahoe. Seconds later, PEARSON ran back to the Subject Premises. Video surveillance then captured an unidentified black female exit the white, Chevrolet Tahoe from the rear, driver's side door at approximately 2:05 p.m. and run up to the residence at the Subject Premises, while holding her side area as if concealing and securing a heavy object.   At approximately 2:06 p.m., the same unknown female was observed running out of the residence and into the rear, driver's side door of the white Chevrolet Tahoe. Seconds later, the white Chevrolet Tahoe drove away from the area, traveling northbound on Champlain Avenue. At approximately 2:07 p.m., PUGH and PEARSON were

---

[37] Illinois license plate ZU48983 is registered to a white 2001 Chevrolet Utility Vehicle. Registered owner is an individual with an address on South Shore Drive in Chicago.

observed exiting the Subject Premises. PUGH entered the driver's side door of the gray Volkswagen and PEARSON entered the passenger side door. At approximately 2:08 p.m., the Volkswagen drove northbound on Champlain Avenue, away from the area.

137.  On February 8, 2018, at approximately 2:45 p.m., law enforcement officers conducted a traffic stop of the white Chevrolet Tahoe bearing Illinois license plate, ZU 48983 for license plate obstruction and crossing the double yellow line. During the course of the traffic stop, OBRYANT was identified as the driver of the vehicle.  OBRYANT, another male occupant of the vehicle and the vehicle were searched by law enforcement. Law enforcement found an expended shell casing on the windshield of the vehicle but otherwise did not find any contraband.

138.  At approximately 2:47 p.m. (TP3 Session #140), PUGH, using Target Phone 3, received an incoming call from OBRYANT, who was using the 9474 Phone. PUGH said, "I just watched them [police] boy, I watched y'all boy." OBRYANT said, "They [police] followed us from over there [area of 6400 S. Champlain Avenue]. I glad we had that pipe [gun] out of the car, boy." PUGH said, "Four, I watched ya'll. I was sitting there watching boy." OBRYANT said, "On my momma, they [police] searched the shit out this car boy." PUGH said, "I'm watching them, the mark, with the green sweater on with the vest [police officer with green sweater and ballistic vest]. I'm watching 'em, he talking to him. I was watching the mark [police officer] and the other car [police car] pulled up in front of ya'll." OBRYANT said, "They [police] was

on bullshit man, they was like ya'll can't find nothing? It's something in this motherfucking car. On my momma, I'm glad I had two bitches [two women] with me. Ooo-wee. Three." PUGH said, "Ohh, that's what I said, they sent for some women [female police officers] to search them four. I seen dude nem. They [the police] not even from around here with them tinted windows like that, boy." OBRYANT said, "Them motherfuckers look like the Feds. Them two motherfuckers. That motherfucker that pulled up. Boy them motherfuckers ain't no detectives, bro. Them motherfuckers don't even look like regular police officers at all." PUGH said, "Man shit, I saw that shit." OBRYANT said, "Damn, they right here. They ass thirsty. Put your seat belt on. They got to see that motherfucker on your shoulder across your chest." PUGH said, "Four. I swear to god I just watched that boy." OBRYANT said, "My momma folks. Folks, folks I told Ryan [PEARSON] boy they just came around. I spent the block a couple times, you hear me?" OBRYANT continued, "It's hot as hell coming on that block. I got it [the narcotics] in my pocket. On my momma and then they [the police] met us on King Drive [Dr. Martin Luther King Drive], they cut, they cut 65th [65th Street] on us like they knew we was going back to the e-way, you know what I'm saying?" OBRYANT continued, "They was sitting there waiting on us on 55th and King Dr. boy [5500 S. Dr. Martin Luther King Drive]. Boy. Then he [police officer] gone tell us we pulled you over because it was snow covering up your license plates. First he tried to say I ran a double line. I ain't ran no double line. You know what I'm saying? Then officer, the other officer gone saw naw it was snow covering

75

the license plate. I'm like man, come on man. Ya'll came off the side street, how the fuck ya'll see my license plates?" PUGH said, "Man that was crazy man." PUGH continued, "You just said it, man I bent the block twice cause they [police] was behind me, like a motherfucker." OBRYANT said, "On my momma. I ain't even driving this motherfucker over there no more." PUGH said, "Naw you can't come to the hood in that motherfucker no more Four [referring to OBRYANT]." PUGH continued, "Is they [the police] on my spot [narcotics selling location] or is they on Folks [MASON]? What the fuck? I ain't had the spot a week. So I know they ain't on the spot. Man shit." OBRYANT said, "Aight come on let's go, let's go. I gotta get the fuck from around this motherfucker. Ya'll tripping."

139. At approximately 3:04 p.m. (TP3 Session #141) PUGH using Target Phone 3 placed a call to MASON, who was using the 1096 Phone. PUGH stated, "They let him go and shit but he say they was tearing that motherfucker up. Thirsty." MASON replied, "You talk back to him?" PUGH responded, "Yeah, I talked to him. He gone. He got on the e-way. He gone." MASON replied, "What he say?" PUGH responded, "He say they was tearing that motherfucker up, thirsty. He saying he don't know if they was just on his truck. He said they told him they pulled him over cause uh, he ran a stop sign or some shit but they had rolled once while he came up the block. He parked. They rolled past. Like both of the cars rolled past. And then they turned on 64th and just parked and just waited on him to pull off. Know what I'm saying." MASON responded, "Right." PUGH replied, "But he say they was god

damn thirsty. Talking about something in this car man. I know something in this car. Like man ain't shit in here man. I just came from picking up my cousin from my auntie's house." PUGH continued, "It's probably his hot ass though. He been doing so much shit out that truck. You know that little n**** Corey and them, G and them put em on this truck when he did, when they had that little shoot out shit the other day, so that mighta just been all that. You know what I'm saying?" MASON replied, "Right right." PUGH responded, "Cause if that was that, they woulda, me and Ryan pulled off right behind them [law enforcement would have stopped PUGH and PEARSON with the firearm]. Know what I'm saying?" MASON replied, "Right. Alright, well we know. Just keep moving." PUGH responded, "Keep and tell fool and them. You know we don't have no traffic like that. Our traffic be minimum." MASON responded, "No, I already told him, he got to leave out. I already told him." PUGH replied, "Yeah so we just god damnit, pipe down. Keep motherfuckers clear for a few days. Fuck that." MASON responded, "Yeah". PUGH replied, "Cause what's his name said some shit the other day that made plenty of sense, like these motherfuckers, we be fucking with all these motherfuckers that's stealing and all that other shit. And they come in there asking what the fuck be going on? Motherfucker get bumped doing anything. I know we all can go. Know what I'm saying." MASON responded, "Exactly". PUGH replied, "That shit make a buncha sense that we don't be, we be paying attention but we really don't sometime. We be getting too, we be getting too loose at time." MASON replied, "Yeah, fucking with them." PUGH responded, "Right.

You know so keep everything to a minimum and whatever. And motherfucker don't keep nothing."

140.    At approximately 3:32 p.m. (Session #143), PUGH, using Target Phone 3, received an incoming call from OBRYANT, who was using the 9474 Phone. OBRYANT asked, "Hey, who [unintelligible]. They [police] was on, they thought we just bought some drugs or something fool." PUGH responded, "They did?" OBRYANT said, "They [police] followed us off Champlain bro. They seen Ryan [PEARSON] come to the car first and go back. Then they seen [the female] run to the house and come back out. They parked down 64th." PUGH said, "They [police] watched the whole play [gun transaction]. They watched Ryan [PEARSON] come out and walk off. Then they watched her come in and leave back out." OBRYANT said, "They [police] just knew we had [unintelligible]. She had that shit [narcotics] shoved so far up her p****, I didn't care if they call for a female [female police officer] or nothing." PUGH said, "Listen, ask her what I told her before she fitting to walk out the door [of the Subject Premises]. She tryin' to put it [narcotics] in her pocket. I said hell naw, put that [narcotics] up [secrete narcotics into her body]." OBRYANT said, "Oh yeah, right. God damn. I damn near shitted on myself." PUGH said, "I know. I know you did boy. I saw it. I was standing right there. I had just told her, she tried to put it [narcotics] in her pocket right? I'm like boy naw, put that [narcotics] up [secrete the narcotics into her body]." OBRYANT said, "When I turned down 64th [64th Street], one [police car] came down that way too right. Huh?"

### 2. On February 8, 2018, ALVIN WILLIAMS and PUGH Discussed Narcotics Distribution.

141. Based on my training and experience, my knowledge of this investigation and the training and experience of other agents with whom I have conferred, I believe that on February 8, 2018, in an intercepted telephone call and in furtherance of the narcotics distribution conspiracy, WILLIAMS and PUGH discussed WILLIAMS supply of narcotics and the rate of his distribution, and PUGH told WILLIAMS he would re-supply WILLIAMS with more narcotics.

142. More specifically, on February 8, 2018, at approximately 5:14 p.m. (Session #147), PUGH, using Target Phone 3 received a call from ALVIN WILLIAMS using telephone number (773) 226-2211 ("the 2211 Phone").[38] PUGH asked, "What's the deal blood?" WILLIAMS responded, "Shit, you know I'm getting real slim [low on narcotics] right?" PUGH replied, "Yeah I know." WILLIAMS responded, "So uh, depends on what I rake in tonight, if not tonight then I'm just gone mark it down the middle tomorrow guaranteed. So I'm at 7 [quantity of narcotics] so I'ma knock it to 350 [$350]. I'm trying to put it at 4 [$400]." PUGH responded, "Alright." WILLIAMS replied, "So depends on what I rake in tonight. You know I put the blood on my team over on 46-47th. So that's what's been helping me knock you ass out the way." PUGH responded, "Ok, um, what I was finna say, oh yeah, that's what I say gone and clear

---

[38] According to T-Mobile, telephone number 773-226-2211 is subscribed to Alvin Williams at an address on S. Eberhart Ave. in Chicago, as of January 2018. A review Illinois Secretary of State records provided a driver's license for ALVIN WILLIAMS with the same address on S. Eberhart Ave. in Chicago.

and if you, um, so like what you gone have when you get through with everything?" WILLIAMS replied, "I won't know until I'm finished. Until I'm finished completely. Cause you know I got two here out of one, three here out of one, half one, so I won't know until everything is done. Then I gotta just you know put it together then. So I won't know shit, you know what I'm saying. Until, I completely..." PUGH said, "Alright, just go on, go on and clear [sell all of the narcotics]. I probably just start, just put you at like the quarter [25 grams] anyway." WILLIAMS replied, "Cause I got motherfuckers that owe me that ain't paying me until next week. Then you know what I'm saying, so it's, but I won't count that in. I'll just mark up what I got now." PUGH responded, "Alright." WILLIAMS responded, "So I'm really trying to." PUGH replied, "Just go on, um just go on and clear and then I'ma put you at the quarter. I'm put you at the quarter. I'm put a quarter, I'm put a quarter on you." WILLIAMS responded, "Alright."

   **3.** **On February 9, 2018, PUGH Discussed Collecting Narcotics Proceeds from PEARSON, Re-supplying PEARSON with Narcotics and PEARSON'S Loyalty to PUGH.**

  143. Based on my training and experience, my knowledge of this investigation and the training and experience of other agents with whom I have conferred, I believe that on February 9, 2018, in an intercepted telephone call and in furtherance of the narcotics distribution conspiracy, PUGH and PEARSON discussed PEARSON'S narcotics proceeds. PUGH told PEARSON he would meet him at Store A, where PEARSON distributed narcotics. PUGH and PEARSON then discussed

PEARSON's loyalty to PUGH because of the money PUGH allowed PEARSON to make.

144. More specifically, on February 9, 2018, at approximately 11:19 a.m. (TP3 Session #179), PUGH, using Target Phone 3, placed a call to PEARSON using (773) 664-5582. PEARSON stated, "Brick ain't came out yet. You know I ain't got no more [narcotics]. I ain't got nothing. He got the last one." PUGH asked, "How much money you got?" PEARSON responded, "I got two [$200]. I had three three-sixty [$360]. I had, yeah I two-sixty [$260]. Which would been three [$300] and he owe the four [$400] and I gave fool uhh the hundred last night." PUGH asked, "How fuck you got two-sixty though?" PEARSON replied, "Uhhh, he say he gave what's a name the three bags [of narcotics], 365 [$365]. Uhh 365. He said gave somebody, old girl three bags [of narcotics] and somebody five dollars. Tara five dollars." PUGH responded, "Oh, I don't be remembering a lot of that shit, man. So she got three bags from you and him?" PEARSON replied, "No she got it from him. She never got it from me." PUGH responded, "Oh, alright." PEARSON continued, "He got the two from me, that's why mine was three." PUGH stated, "Hurt, Hurt called me at seven o'clock he was in the dead [out of narcotics]." PUGH continued, "But I don't understand how ya'll dead and you know where the packs [of narcotics] at." PEARSON responded, "(Laughing) I don't got his number to call him at." PUGH replied, "It don't matter. You know that black motherfucker [MASON] be in the house, all you gotta do is hit the door but I'mma make sure you get his number too though but that's my fault too because you

should have both of our numbers regardless." PUGH stated, "I'm on my way to you right now, though I'm out. I'm just right here. I'll be right here. Where you at? At the store? [Store A]." PEARSON replied, "Yep. Take your time man." PUGH responded, "Naw I'm out."

145.   Continuing the conversation, PUGH and PEARSON discussed product demand despite inclement weather. PEARSON stated, "They [narcotic users] looking for us." PUGH responded, "I'm on my way." PEARSON replied, "They definitely looking for us [customers want to purchase narcotics]." PUGH responded, "I'm definitely looking for them. Kim talking about they closed schools and everything, well I know what ain't closed. I told her ass I know what ain't closed motherfucker. I, we don't operate like that motherfucking school [the DTO continues operating in inclement weather]." PEARSON stated, "I swear to god, I did a motherfucking umm, I did a you last night. I'mma wait until I goddamnit get in the car with you though. Slap the shit out that bitch. Be telling me I jump for my Big Homey [PUGH]. You motherfucking right bitch, I don't punch clocks, bitch I punch a block [PEARSON doesn't work a normal job, he works on the streets]. If fat folks [PUGH] need me to do something bitch I'm gone.  Bitch I could be fucking you and he call me say, I snapped bro, on BD [Black Disciple]. I don't know what the fuck where it came from or how you know what I'm saying, I think I." PEARSON continued, "On my momma. Shit, I swear to god, all I could think about was Big Bro [PUGH]. Yeah that bitch piped right down. Naw, naw bitch ain't know naw you was just saying bitch. Anytime

when a bitch say she been fuck, anytime do say, anytime you smoke some weed in this motherfucker, anytime you do anything, goddamnit bitch I paid your rent for two to three months, bitch from November to December and January bitch. Bitch that was Deon [PUGH], that wasn't because of me. Bitch that was because of something he was doing for me. Bitch don't dare misconstrue when you gone this n**** still gone be here bitch. I'm still gone be on 63rd [63rd and S. King Dr.] where you met me bitch. I was standing in front of that store [Store A]. Hey bro, I'm talking about I just went crazy. Bitch I don't." PUGH responded, "You was supposed to." PEARSON replied, "Bitch if I really don't wanna be here I don't have to be here. You know I can go stay with that man or anyone of the folks. Bitch, I'm over here 'cause I wanna be here." PUGH responded, "Tell her that man got three-four cribs [PUGH has three houses]."

### 4. On February 10, 2018, PUGH and PEARSON Discussed Narcotics Distribution and Narcotics Proceeds

146. Based on my training and experience, my knowledge of this investigation and the training and experience of other agents with whom I have conferred, I believe that on February 10, 2018, in an intercepted telephone call and in furtherance of the narcotics distribution conspiracy, PUGH discussed with PEARSON the amount of cocaine PEARSON had remaining and PUGH inquired about the amount of narcotics proceeds PEARSON had collected. PUGH told PEARSON that PUGH might come collect the narcotics proceeds and drop off additional narcotics.

147. On February 10, 2018, at approximately 8:45 p.m. (TP3 Session #443), PUGH, using Target Phone 3, placed a call to PEARSON, who was using telephone number (773) 664-5582. PUGH asked, "Aye, where you at with you C [cocaine] down?" PEARSON replied, "Like uh I'm still Gucci I got like 40, 45 bags [quantity of narcotics] left." PUGH responded, "Huh." PEARSON replied, "I got 50 bags man." PUGH responded, "Shit, man. Aye you at the crib?" PEARSON replied, "Yeah." PUGH responded, "I'mma stop by there and bring this uh hizzle for fat ass for tomorrow." PUGH continued, "We got this shit! We got the game in a chokehold man (laughing). We got the game in a chokehold folk. How much money you got over there?" PEARSON responded, "Um let me count it right now. Let me count it right now...1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 2,400 [dollars]." PUGH responded, "2,400". PEARSON replied, "Uh huh, I'mma send Moon one." PUGH responded, "Y'all owe 12 (unintelligible) you all together." PEARSON replied, "Right." PUGH responded, "So you and Moon should have 600." PEARSON replied, "It is." PUGH responded, "Let me check with this fool. What you got going on? I might need to come get that money just because. I might just bring this coke to you. Naw I'm gone take it home just so you won't be layin' like that. Aight I'mma call you back if I need to come get it. I'll let you know."

### 5. On February 11, 2018 PUGH Arranged to Have WHITE Supply WILLIAMS with Narcotics

148. Based on my training and experience, my knowledge of this investigation, and the training and experience of other agents with whom I have

conferred, I believe that on February 11, 2018, PUGH asked WHITE to supply WILLIAMS with an ounce of unknown narcotics, and that WILLIAMS would pay PUGH for the narcotics provided by WHITE. I believe that at approximately 9:29 p.m., WHITE delivered the narcotics to WILLIAMS, all at PUGH's direction.

149. More specifically, on February 11, 2018, at approximately 5:04 p.m. (TP3 Session #494), PUGH using Target Phone 3, received a call from ALVIN WILLIAMS, who was using the 2211 Phone. PUGH asked, "What up, ride?" WILLIAMS responded, "Uh, shit, cut it with (unintelligible) blood. I'm waitin' on a n***** to call me back. 'Bout another hour, hour and a half." PUGH replied, "Alright." WILLIAMS continued, "Bring me the money." PUGH responded, "I'mma send you, I might just send you just straight to Rude Boy [WHITE]." WILLIAMS replied, "Alright".

150. At approximately 8:46 p.m. (TP3 Session #511), PUGH using Target Phone 3, received a call from WILLIAMS, who was using the 2211 Phone. PUGH asked, "What up, unc?" WILLIAMS replied, "Yeah, man, this n**** draggin' his ass, talkin' 'bout another 30 minutes, so I'll see if he can call me back 9:15, 9:30. Did you call him already to tell him?" PUGH responded, "I need to see where he at, call you right back."

151. At approximately 8:46 p.m. (TP3 Session #512), PUGH using Target Phone 3, placed a call to WHITE, who was using the 2979 Phone. PUGH asked, "You still out?" WHITE responded, "Hell yeah." PUGH asked, "You was doing zips?" WHITE replied, "Yea." PUGH responded, "Alright, I'm finna, um, Alvin [WILLIAMS]

got somebody comin,' I'm finna send him your way. He gonna bring the paperwork to me and I'll just have it for you tomorrow. I'm finna send you down that way now." WHITE replied, "You say who?" PUGH responded, "Alvin, old man Alvin [WILLIAMS]." WHITE responded, "Alright." PUGH stated, "You know, uh, uh, you know him when you see him, man." WHITE replied, "Aight." PUGH continued, "He got, you on a deuce. What's that whole address? Like seventeen something?" WHITE responded, "6209 [6209 Martin Luther King Drive in Chicago]." PUGH replied, "Aight, I'm finna send him right there."

152. At approximately 8:47 p.m. (TP3 Session #513), PUGH using Target Phone 3 placed a call to WILLIAMS, who was using the 2211 Phone. PUGH stated, "Uh, you need to go to what's his name right fast, to go get it." WILLIAMS replied, "Where?" PUGH responded, "He getting ready to go home. He at 6209 King Drive." WILLIAMS replied, "6209? Aight." PUGH responded, "Yea he gone go grab it right now. He in there." WILLIAMS replied, "Ok." PUGH responded, "You don't got the money though". WILLIAMS replied, "Right and that's what I'm sayin. I didn't want to do it like that." PUGH responded, "Just go on and grab it. I'll get the money from you." WILLIAMS replied, "Aight."

153. At approximately 9:29 p.m. (TP3 Session #516), PUGH using Target Phone 3, received a call from WILLIAMS, who was using the 2211 Phone. PUGH stated, "What up Unc?" WILLIAMS replied, "I finna be right there bout, where Papa

truck at?" PUGH replied, "You see Papa red van?" WILLIAMS responded, "Yea."
PUGH replied, "Aight I finna tell him you downstairs."

154.   At approximately 9:29 p.m., (TP3 Session #517), PUGH placed a call to
WHITE, who was using the 2979 Phone. PUGH stated, "He downstairs in a little tan
um minivan bro." WHITE responded, "Tan minivan?" PUGH replied, "Yeah." WHITE
responded, "Aight, Aight, Here I come."

> **6.   On February 13, 2018 PUGH Discussed Collecting Money
> from WHITE in Order to Resupply WHITE with More
> Narcotics**

155.   Based on my training and experience, my knowledge of this
investigation, and the training and experience of other agents with whom I have
conferred, I believe that on February 13, 2018, PUGH and WHITE discussed
WHITE's sale of narcotics for PUGH, and the money WHITE owed PUGH for the
narcotics as part of their ongoing narcotics conspiracy. WHITE also told PUGH about
problems he had heard about marijuana that WHITE sold to a customer, specifically
the fact that the marijuana contained seeds.

156.   More specifically, on February 13, 2018, at approximately 4:48 p.m. (TP3
Session #683), PUGH, who was using Target Phone 3, placed a call to WHITE, who
was using the 2979 Phone. PUGH asked, "Where you at, blood?" WHITE responded,
"On the deuce [62nd Street]". PUGH replied, "How we lookin'?" WHITE responded,
"Um, shit, I was (unintelligible) three more, three more left [$300 remained to be
collected]." PUGH replied, "Aight, 'cause I took the eight out, I took eight [$800] from

you already. The six [$600] and the two [$200], so it's like we have four [$400], right?" WHITE replied, "At the four, yea." PUGH responded, "Aight" WHITE responded, "That shit should be in any minute. Ima call you in a minute [narcotics proceeds would be collected shortly]." PUGH continued, "Alright, 'cause, uh (unintelligible). I already told you, I hollered at him about what I was tryin' to do for you, so." WHITE replied, "Yes, sir." PUGH responded, "I'm tryin' to get you all; I'm a least, bring at least, four [quantity of marijuana] of them bitches if nothing else. I'm tryin' to work 'em all the way. I wanna do the five, he give me five [quantity of narcotics], of them, of them, of them 22 [$2200] joints though, know I'm sayin'?" WHITE replied, "Yes, sir, yes, sir." WHITE stated, "Man, be careful which one you get, both them motherfuckers, uh, twice, uh, one of my customers complained about a gang of seeds [seeds located in the marijuana] in the motherfucker. She was smokin' it, there was gangs of seeds in the motherfucker I gave her, like several." PUGH asked, "Out of what you had." WHITE replied, "Yeah…but everybody say the same thing, like, 'Man, that shit was smokin' like a motherfucker, though.' She said now watch these hoppin' out it. I was like, man, I did see seeds 'cause I saw smoke comin' out it, too. I say some, and now he like well shit smokin,' shit smell…"

**7.     On February 13, 2018, WILLIAMS Explained to PUGH How to Cut Cocaine for Distribution.**

157.   Based on my training and experience, my knowledge of this investigation, and the training and experience of other agents with whom I have

conferred, I believe that on February 13, 2018, WILLIAMS and PUGH discussed how to make crack cocaine as part of their ongoing narcotics conspiracy.

158.   More specifically, on February 13, 2018, at approximately 5:02 p.m., (TP3 Session #685), PUGH, using Target Phone 3 received a call from WILLIAMS, who was using the 2211 Phone. WILLIAMS stated, "So. Say for instance you was gonna, uh, you gonna do a half [of an eight ball]. So, you'll put, just say for instance, you do it a eight ball [3.5 grams of crack cocaine]; so, you'll do a half of a eight ball, so you'd do one point seven [1.75 grams] of, uh, mack night [additive]." PUGH responded, "Mack night [additive] and hit [cocaine]. That's it?" WILLIAMS replied, "Yea, yea. And then you would just shake that up, you know what I'm sayin,' one point seven of the mack night, 'cause you doin' a half of whatever you doin,' so if you doin' a one or whatever you doin,' so it's, just, you would even off that same amount with the mix. So if you doin', just say for instance, you gonna do a whole quarter, you would put seven grams of, uh, mack night [7 grams of additives] on seven grams [7 grams of narcotics] of, you know, I'm sayin' the baby sister [cocaine]. Shake that shit up, pack new all quarters. If you doin' a half, a half ain't (unintelligible), you know I'm sayin,' half of a quarter, you know what I'm sayin'? So you'd do three point five." PUGH replied, "Oh yea." WILLIAMS responded, "If you doin' half of a, so yea, that's how you do that shit." PUGH replied, "Oh, okay, okay. I ain't, that's what I was tryin' figure out." WILLIAMS responded, "Yea, you put mack night [additive] on it, some pure mannitol [additive]. Shit, they got all kinds of shit, you know what I'm sayin'?

89

At this gas station, since the other joints ain't, you know what I'm sayin,' open up no more then a motherfucker get it it, and you (unintelligible) or whatever, so." PUGH replied, "(unintelligible) I'm finna, that's, we finna try that, man, I'm finna try that, man. That be, that be a whole 'nother market, man." Based on my training and experience, my knowledge of this investigation and the training and experience of other agents with whom I have conferred, I believe WILLIAMS explained to PUGH how to cut pure cocaine with additives to allow for distribution. WILLIAMS specifically instructed PUGH when mixing the cocaine with the additive (Manight or Pure Mannitol) to use half of its weight. PUGH told WILLIAMS selling cocaine could be an additional market for them.

### 8. On February 13, 2018 PUGH Discussed Selling Fentanyl to an Unknown Customer.

159. Based on my training and experience, my knowledge of this investigation, and the training and experience of other agents with whom I have conferred, I believe that on February 13, 2018, in an intercepted telephone call, PUGH discussed selling fentanyl to an unknown customer in furtherance of the narcotics distribution conspiracy.

160. More specifically, on February 13, 2018, at approximately 9:13 p.m. (TP3 Session #731), PUGH, using Target Phone 3, received an incoming call from INDIVIDUAL B using telephone number (317) 797-8597. INDIVIDUAL B said, "You got, you got a num. You got a number you can call me on right quick, where I can ask you something bout on the spot right here?" PUGH said, "You can call, you ask."

INDIVIDUAL B said, "Oh. You, um, you gotta line on, um, on some fentanyl?" PUGH said, "It's around, but the one that's around it ain't that strong, strong one er'body lookin' for. There's one around, though, but it ain't, it ain't the one. That one ain't been back around, like, I had that real powerful, powerful one." INDIVIDUAL B said, "Uh, huh." PUGH said, "And it got damn near man. It was, goddamn it, like 20 to 1 [the ratio of mixing heroin to fentanyl], but this one that's around, it's only like, goddamn it, it's, it's, it's that one cut in half. You know what I'm sayin'? N****s playin' wit it now, everybody got a whiff of that shit, n****s playin' wit it." INDIVIDUAL B said, "Alright uh, but, for the one that's around, uh, what they want for it?" PUGH said, "Like 35 a gram [35 dollars per gram of fentanyl]. The usual, that's my price." INDIVIDUAL B asked, "35 a gram?" PUGH responded, "Mmhmmm." INDIVIDUAL B said, "Ok. All right. I'll be down there Friday." PUGH said, "Aight, when you come Friday, I'll give a few of 'em [fentanyl test amounts] to take back, and then you let me know from there." INDIVIDUAL B said, "Okay, cool." Based on my training and experience, my knowledge of this investigation and the training and experience of other agents with whom I have conferred, I believe PUGH planned to provide INDIVIDUAL B samples of fentanyl on Friday, February 16, 2018.

### 9. On February 15, 2018, PUGH Warned WHITE about Law Enforcement Action in the Area of the DTO's Narcotics Distribution.

161. Based on my training and experience, my knowledge of this investigation, and the training and experience of other agents with whom I have

conferred, I believe that on February 15, 2018, PUGH warned WHITE about a black minivan that he believed was following him and belonged to law enforcement, as part of their ongoing narcotics distribution conspiracy; PUGH told WHITE that he had informed PEARSON and another associate to take a break from selling narcotics while law enforcement was in the area.

162.   More specifically, on February 15, 2018, at approximately 2:40 p.m. (TP3 Session #902), PUGH, using Target Phone 3 placed a call to WHITE, who was using the 2979 Phone. PUGH stated, "I'm finna change cars man that motherfucking black minivan man I know that's the police in that motherfucka. That black van with that dark ass tint." WHITE responded, "Yeah." PUGH replied, "Man that motherfucker just followed me two three different blocks man, every time I pull over them bitches is right there.  I wasn't doing shit but I ain't like how that look. I'm finna get up out this motherfucker and get in something else." WHITE responded, "Hot as hell, I just told Paul it's hot as hell folks." PUGH replied, "I just told man, I told everybody, I told Ryan [PEARSON] and Brick man y'all may as well put it up man [take a break from selling narcotics], Brick talking about, 'man I don't I alright. Alright. Gone head."

### 10.   On February 16, 2018, PUGH Arranged to Supply Additional Narcotics to WILLIAMS.

163.   Based on my training and experience, my knowledge of this investigation, and the training and experience of other agents with whom I have conferred, I believe that on February 16, 2018, in an intercepted telephone call while

92

WILLIAMS was outside the Subject Premises, WILLIAMS called PUGH and discussed his narcotics debt to PUGH as part of their ongoing narcotics distribution conspiracy. During the conversation, PUGH offered to provide WILLIAMS with additional narcotics, but WILLIAMS said he wanted to wait until he paid down some of his current debt to PUGH and MASON.

164.   More specifically, on February 16, 2018, at approximately 7:01 p.m., video surveillance captured a tan van arrive and park in front of the Subject Premises. At approximately 7:02 p.m. (TP3 Session #1046), PUGH, using Target Phone 3, received a call from WILLIAMS, who was using the 2211 Phone. WILLIAMS asked, "Where you at blood?" PUGH responded, "Black Boy [MASON's]...What you on?" WILLIAMS replied, "Yea the cabbage, the lettuce [WILLIAMS asks for marijuana]." PUGH responded, "Now how much other money you got?" [PUGH asked WILLIAMS if he wanted to purchase something other than marijuana.] WILLIAMS replied, "Huh?" PUGH asked, "How much other money you got?" WILLIAMS stated, "Uhh 2, 240 [$240 dollars] of that for you. Toward that." PUGH replied, "You got 240? Towards how much?" WILLIAMS responded, "Yeah 240 (talking over each other) 240 [$240 dollars] towards 1680 [$1,680 narcotic debt]." PUGH replied, "16-80?" WILLIAMS responded, "Yeah." PUGH replied, "Oh, I got a lot more of that shit too [additional narcotics to distribute]. You want it?" WILLIAMS responded, "You say what happen?" PUGH stated, "I got a lot more." WILLIAMS replied, "Let me slide. Let me slim this down [pay down my debt] some 'til I know G first." PUGH asked,

93

"Slim it down first?" WILLIAMS replied, "Hell yeah, I um (unintelligible)." PUGH responded, "Scared of money? Ok." WILLIAMS replied, "Now who, hell naw shit. I like aim high shit." PUGH responded, "Well you know I don't play no games with you, I just try and put you in the best possible predicament." WILLIAMS replied, "Scared of money. Boy, come on man. You got to know, man." PUGH stated, "Aight, come on." WILLIAMS responded, "I'm, I'm coming to the door now."

165.  At approximately 7:04 p.m., video surveillance captured WILLIAMS exit the vehicle and enter the Subject Premises.

### 11. On February 21, 2018, PUGH and WHITE Discussed WHITE's Distribution of Marijuana as Part of the DTO.

166.  Based on my training and experience, my knowledge of this investigation, and the training and experience of other agents with whom I have conferred, I believe that, on February 21, 2018, in an intercepted telephone call, and in furtherance of their ongoing narcotics distribution conspiracy, PUGH informed WHITE that he had discussed with an unknown person WHITE'S narcotics purchase activity. PUGH told WHITE the unknown male was trying to sell an unknown amount of marijuana to PUGH for re-distribution to WHITE for $2,400 dollars. PUGH informed the unknown male that WHITE was only paying $2,000 dollars for the same amount of marijuana amount, and therefore WHITE would not be interested in the purchase.

167.  More specifically, on February 21, 2018, at approximately 12:28 p.m. (TP3 Session #1592), PUGH, using Target Phone 3 placed an outgoing call to WHITE,

who was using the 2979 Phone. PUGH stated, "Hey, if a motherfucker say I high sided you, I did. I'm letting you know now. I ain't like Nolan. I did it on purpose though." WHITE responded, "What?" PUGH stated, "Then the 851 gonna call me. Say, uh, whatcha on bro. I say I ain't on shit, I have something for you. I say I ain't on shit, what's up. Aw, yeah, tell your peoples I got some thang [narcotics] in for 24 [$2,400]. So I'm saying whose my peoples that sell weed that you trying to say my peoples, right?" WHITE replied, "Right". PUGH responded, "I'm thinking if you talking about Rude [WHITE], oh Rude [WHITE] ain't paying 24 [$2,400], he paying like 2000 [$2,000] and he already getting like 10 [distribution quantity of narcotics] of em'. So that shit ain't gone work for him, know what I'm saying?" WHITE replied, "Right. (laughing) You a fool." PUGH continued, "(unintelligible) tell your peoples I got some thangs [narcotics] around for 24 [$2,400]. You know what I'm saying. Like, who my peoples you know fuck with weed besides Rude [WHITE]? Get your goofy ass outta here, I just told him, ah naw, bro straight. He getting about 10 [distribution quantity of narcotics] of em' and they only at 2000 [$2,000]. So that 24 [$2,400] shit ain't gonna even work for him, you know?" WHITE responded, "Right." PUGH continued, "And then they have a nerve to give me, to tag a picture and send me a picture of some shit. I'm gonna forward you a picture. This shit ain't like nothing man." WHITE responded, "Right, right, (laughing)." PUGH replied, "This man crazy, man. Tell your people, tell your people. I got some thang [narcotics] in for 24 [$2,400]. That shit crazy. I said no folks paying 2000 [dollars], he already getting like 10

95

[distribution quantity of narcotics] of em', so, that shit, I said that ain't gone even work for him, I ain't gonna even lie to you bro."

168.   On February 21, 2018, (TP3 Product #20825),[39] PUGH, using Target Phone 3 sent an electronic communication to WHITE at the 2979 Phone. The message contained a picture of a distribution amount of marijuana on a table.

### 12.   On February 21, 2018, PUGH and OBRYANT Discussed OBRYANT Providing Security to PUGH.

169.   Based on my training and experience, my knowledge of this investigation and the training and experience of other agents with whom I have conferred, I believe that on February 21, 2018, in an intercepted telephone call, and in furtherance of their narcotics distribution conspiracy, PUGH informed OBRYANT that he was in possession of two firearms and wanted OBRYANT to ride over to PUGH's house to confront two unknown individuals parked outside of PUGH's residence.

170.   More specifically, on February 21, 2018, at approximately 4:54 p.m. (TP3 Session #1620) PUGH, who was using Target Phone 3, placed a call to OBRYANT, who was using the 9474 Phone. PUGH asked, "Aye you around?" OBRYANT replied,

---

[39] The FBI system that collects intercepted telephone calls also collects information about electronic text (or sms) from an intercepted phone number. The FBI collects the media messages (mms) by using a different system than the system that is used to collect intercepted telephone calls and sms messages. The images are therefore labeled by Product number rather than Session number. In addition, the time information associated with the Product number appears to be different than the time information associated with the Session number for the same message collected on the two systems, and therefore there is no time associated with the images discussed in this Affidavit.

"Yeah, I'm right here in front of the store [Store A]." PUGH responded, "Aww yeah. Aye listen that's good position stay right there. I'm finna call you right back. We might have to slide by my crib. It's a motherfucker sitting outside that don't belong there. Been sitting there for an hour. Two n****s in the Cadillac." OBRYANT replied, "I ain't got no pipe [firearm] on me." PUGH responded, "I got two of them. I got .45 [caliber firearm] right here right now, don't worry about it. OBRYANT responded, "Aight". PUGH stated, "The um I'm finna um um I'm waiting on them to call me back right now and I' gone let you know."

171.     On February 21, 2018, at approximately 5:26 p.m. (Session #1626), PUGH, using Target Phone 3, received an incoming call from OBRYANT, at the 9474 Phone. OBRYANT said, "Aye man let'em know Chief out here man. Tell Top Flight Security [enforcer for PUGH] out baby. PUGH responded, (laughing) I'm finna walk, I'm finna come out."

### 13.     On February 21, 2018 PUGH Attempted to Obtain More Firearms from OBRYANT

172.     Based on my training and experience, my knowledge of this investigation and the training and experience of other agents with whom I have conferred, I believe that on February 21, 2018, in an intercepted telephone call, and in further of the narcotics distribution conspiracy, PUGH asked to obtain the drum magazine or the Tech-9 pistol that OBRYANT had sent pictures of to PUGH. OBRYANT told PUGH that the drum magazine was not for sale but the Tech 9 was available and OBRYANT arranged to meet PUGH.

97

173.   More specifically, on February 21, 2018 (TP3 Product ID #21473), PUGH using Target Phone 3, received an electronic communication from OBRYANT at the 9568 Phone. The content of the electronic communication read, "step ur game up shorty" and had a picture attached with multiple firearms.

174.   Also on February 21, 2018 (TP3 Product ID #21476), PUGH using Target Phone 3, received an electronic communication from OBRYANT at the 9568 Phone. The electronic communication contained a picture attached with multiple firearms.

175.   At approximately 9:56 p.m. (TP3 Session #1655), PUGH, using Target Phone 3, placed a call to OBRYANT, who was using the 9568 Phone. PUGH stated, "Let me get that drum [drum magazine pictured in a photograph sent by OBRYANT to PUGH] up out y'all man." OBRYANT responded, "Oh that's baby girl, that motherfucker ain't going nowhere." PUGH replied, "Y'all full of shit." OBRYANT replied, "Never that, you should of known that out of all them that motherfucker ain't going nowhere." PUGH asked, "Aye let me get that, what's up, what's up with that tec [Tec-9, semi-automatic pistol] man? OBRYANT responded, "I'm uhh I say I'm uhh see what I'm uhh do for you man." PUGH replied, "Man, you bull shitting man, you don't want to do nothing man." OBRYANT asked, "Where you at?" PUGH responded, "I'm right here." OBRYANT replied, "You in the hood?" PUGH responded, "Yeah." OBRYANT replied, "I'm prolly finna come that way for a minute." PUGH replied, "Aight."

### 14. On February 23, 2018, WILLIAMS Sent PUGH Photographs of Narcotics

176. Based on my training and experience, my knowledge of this investigation and the training and experience of other agents with whom I have conferred, I believe that on February 23, 2018, in an intercepted telephone call and in furtherance of the narcotics distribution conspiracy, PUGH asked WILLIAMS to send him pictures of narcotics so PUGH could show the picture to the supplier. WILLIAMS sent PUGH a picture of heroin and PUGH told WILLIAMS he wanted a picture of marijuana instead. After he received the picture, PUGH told WILLIAMS to add more marijuana to the amount pictured.

177. More specifically, on February 23, 2018, at approximately 11:50 p.m. (TP3 Session #1871), PUGH, using Target Phone 3, placed a call to WILLIAMS, who was using the 2211 Phone. PUGH stated, "Aye when you get to the crib put that on the scale again send it to me." WILLIAMS responded, "I'm going to do it right now." PUGH replied, "And put the whole thing on the scale because he talking 'bout that one that supposed to been there for minute, 38 (unintelligible)." WILLIAMS replied, "10-4 but I still take pictures and send them to ya."

178. On February 23, 2018 (TP3 Product ID #25035), PUGH, using Target Phone 3 received an electronic communication from WILLIAMS using telephone number (773) 701-4283. The electronic message contained a photograph of suspect heroin on a scale, weighing approximately 10.4 grams.

179.   At approximately 11:54 p.m. (TP3 Session #1874), PUGH, using Target Phone 3, received a call from WILLIAMS, who was using the 2211 Phone. PUGH stated, "Not that one." WILLIAMS replied, "Which one you talking bout?" PUGH responded, "Da da da. The mu-fucking cabbage [marijuana]." WILLIAMS replied, "Oh, Aight."

180.   On February 23, 2018 (TP3 Product ID #25039), PUGH, using Target Phone 3 received an electronic communication from WILLIAMS using telephone number (773) 701-4283. The electronic message contained the picture of marijuana located on a scale weighing approximately 29 grams.

181.   At approximately 11:54 p.m. (TP3 Session #1877), PUGH, using Target Phone 3 received a call from WILLIAMS, who was using the 2211 Phone. PUGH stated, "Aye you took some out of there already?" WILLIAMS responded, "Yeah I'm still at (unintelligible) 29 [grams]." PUGH asked, "What you take out of there though?" WILLIAMS replied, "Uh shoot, what is this? uh uh wait a minute one-four." PUGH stated, "One-four?" WILLIAMS responded, "Yeah." PUGH responded, "Naw put a lil put a put a put like the four in there cause I told him, I told him it said 29, something so make like it say 29 point something [grams]. Then send me the photo." WILLIAMS responded, "Make it say 29-4, ok." PUGH replied, "Yeah." WILLIAMS responded, "Cause its 29 [grams] in there now. All I got to do is put the 4 [.4 grams]." PUGH replied, "Right just put .4 in there just to make it say 29 -4 [29.4 grams]." WILLIAMS replied, "Aight, aight, I got it aight. Call you right back." PUGH

responded, "Aight." WILLIAMS continued, "Or you can just stay on the phone cause I'm doing that on to my other phone." PUGH replied, "Aight." WILLIAMS stated, "Aight. Let me see now." WILLIAMS continued, "Aight, this shit saying 29-3 [23.9 grams] you still want it to say 4 or 3 will be good?" PUGH replied, "3 cool." WILLIAMS replied, "Aight, I'm sending it with the 3 fuck it."

182.   On February 23, 2018 (TP3 Product #25109), PUGH, using Target Phone 3 received an electronic communication from WILLIAMS using telephone number (773) 701-4283. The electronic message contained a picture of marijuana located on a scale weighing approximately 29.3 grams.

### E.   PEARSON and OBRYANT Distributed Heroin to an Undercover Officer In Furtherance of the Conspiracy

#### 1.   February 24, 2018 Distribution

183.   According to a review of a Chicago Police Department Narcotics Supplementary report, on February 24, 2018, an undercover officer ("UC") approached the store, Store A, located on 63rd Street in Chicago. The UC engaged in a conversation with OBRYANT, who asked the UC if the UC wanted to purchase marijuana. The UC told OBRYANT that the UC wanted to purchase "hard" [crack cocaine] or "D" [heroin]. OBRYANT then removed two clear-knotted bags of suspect crack cocaine and provided them to the UC in exchange for $20 of pre-recorded FBI evidence funds.

184.   According to the same CPD report, OBRYANT and the UC then entered Store A. OBRYANT talked to PEARSON inside of the store, at which time the UC

was instructed to wait outside of the store. The UC relocated to the outside of the store. PEARSON exited the store and conducted a hand-to-hand transaction with the UC, providing the undercover officer with two red tinted bags of suspect heroin in exchange for $20 of pre-recorded FBI evidence funds. OBRYANT provided the undercover officer with his telephone number, the 9474 Phone.

185.    The suspect cocaine and heroin purchased by the UC was submitted to the Illinois State Police Laboratory for analysis. The Illinois State Police Laboratory advised agents that the substances tested positive for cocaine (.4 grams) and heroin (.8 grams).

### 2.    February 26, 2018 Distribution

186.    According to a review of a Chicago Police Department Narcotics Supplementary Report, on February 26, 2018, the UC entered Store A, located on 63rd Street in Chicago. The UC engaged an unknown male in narcotics-related conversation inside the doorway of the store. During the conversation, the UC informed the unknown male that the UC was looking to obtain five dime ($10 dollar) bags of "hard [crack cocaine]". The unknown male removed five bags of clear-knotted bags of suspect cocaine and tendered it to the UC in exchange for $50 dollars of pre-recorded evidence funds. The UC asked the unknown male for five "blows [heroin]." The unknown male informed the UC that the person with the heroin was coming from Parkway [Parkway Gardens] housing complex. After a short wait, PEARSON, appeared, at which time the UC engaged in a conversation with PEARSON,

requesting five "blows." PEARSON and the UC entered the store and PEARSON provided the UC with five red-tinted bags of suspect heroin in exchange for $50 dollars of pre-recorded evidence funds. The suspect heroin has been submitted to the Illinois State Police Laboratory for analysis.

**F. On February 26, 2018, the DTO Distributed Approximately 189 Grams of Crack Cocaine to WILLIAM RUTLEDGE.**

187. On February 26, 2018, in intercepted telephone calls, PUGH and WILLIAM RUTLEDGE discussed RUTLEDGE purchasing narcotics from PUGH. PUGH then delivered approximately 189 grams of crack cocaine in the vestibule of the Subject Premises. After the transaction, law enforcement officers stopped RUTLEDGE and found the crack cocaine in his vehicle. During calls after the stop, PUGH and RUTLEDGE and PUGH and MASON discussed the nature of the stop and the seizure of the narcotics.

188. More specifically, on February 26, 2018, at approximately 1:31 p.m. (Session #2031), PUGH, using Target Phone 3, received an incoming call from WILLIAM RUTLEDGE,[40] who was using telephone number (319) 491-6409. RUTLEDGE asked, "Man you decent [in possession of narcotics for sale]?" PUGH responded, "Yeah." RUTLEDGE said, "I don't wanna hear that cause I ain't gonna

---

[40] WILLIAM RUTLEDGE was identified as the user of telephone number (319) 491-6409 after law enforcement officers performed a traffic stop of the vehicle RUTLEDGE was driving on February 26, 2018, and then positively compared RUTLEDGE's voice with the voice heard in call sessions TP3 Sessions #2103, #2113 and #2117 between (319) 491-6409 and Target Phone 3.

be up there [Chicago area] until about 5-6 o'clock [5:00-6:00 pm.]. I'm finna get ready to jump on the road." PUGH asked, "What you trying to do [quantity of narcotics for purchase], I'll have it [narcotics] ready for you?" RUTLEDGE responded, "Man, uh, shit, uh-uh, at least, at least, at least 3 Halsteds [63 grams of crack cocaine], but I need to know if you gonna be straight [ready to conduct the transaction] cause my, uh, got a little buddy already trying to go to (unintelligible). I'm trying to hold him off." PUGH said, "Man, I got it already. That's why I said to lemme know what [how much] to come out with, I'll have it [quantity of crack cocaine] in the hood already." RUTLEDGE said, "Aight. Well, what's my price [for narcotics] though? It might be a whole." PUGH responded, "You already know man." RUTLEDGE said, "Man, naw. I remember what you told me last time we talked about deuce." PUGH said, "Alright. That's your price [for narcotics], you ain't gonna let me make something [profit] off your man, man." RUTLEDGE said, "Uh, I, you wanna make a 100 [$100] off him? Damn." PUGH said, "No, that [$100] ain't shit to me. That's all you're charging him, don't worry about it. You know what, deuce man, I'm cool." RUTLEDGE said, "Naw, aight (unintelligible). Uh, I just holla at you, I'm finna call you back. I'm finna make sure he don't go spend his money." PUGH said, "Aight, you let me know, waiting on you."

189.    At approximately 1:50 p.m. (TP3 Session #2036), PUGH, using Target Phone 3, placed an outgoing call to RUTLEDGE, who was using telephone number (319) 491-6409. RUTLEDGE asked, "Now what. No what I was fittin' to say what's

the whole thang [189 grams of crack cocaine] gonna cost? My price." PUGH responded, "Man, you talking about your price man. Here you go. Get your goofy ass." RUTLEDGE said, "I got Nadia right here with me too. So that's [unintelligible] so she get a half a discount [on narcotics] too." PUGH said, "Hey, tell her, I already told her I owe ya'll for the Remy [Remy Martin Cognac Fine Champagne] so, ya'll both don't wanna bring that up right now." RUTLEDGE said, "Naw, we ain't talking about that now." PUGH said, "What you trying to pay [price for narcotics] Shitty [nickname for RUTLEDGE], for real though? Cause Imma (unintelligible)." RUTLEDGE said, "Tell me your price [for narcotics] and Imma see if it's [price for narcotics] is real." PUGH said, "Man, I ain't gone, Imma tell you the honest to God truth bro, man, listen, listen." RUTLEDGE said, "Aight tell me." PUGH said, "This is the honest to God truth man. Man, listen. Damn, Shitty [RUTLEDGE], you putting me in a bad situation right here, man." RUTLEDGE said, "Why man it's only a ding ding [referring to the quantity of narcotics]." PUGH said, "Huh?" RUTLEDGE replied, "It's only a ding ding." PUGH said, "Man, aight, what you trying to pay though? Tell me the honest to God truth, what you gotta pay, what you trying to pay? Tell me what you trying to pay. Imma make it happen." RUTLEDGE said, "Uh, I know it [price for narcotics] gets, I know it [price for narcotics] get cheaper the more you go [larger quantity purchased]." PUGH responded, "It really don't but I mean, we can figure something out." RUTLEDGE said, "That's why I'm saying, what's the charge [price for narcotics]?" PUGH replied, "For real, what you trying to pay though, tell me. Tell

me what you trying to pay." RUTLEDGE replied, "75, 80 [$75 or $80 per gram of crack cocaine]." PUGH said, "Damn. What the fuck is this man, this phone must be." RUTLEDGE said, "I just told you (unintelligible)." PUGH said, "This phone must be fucked up or something. This n**** can't be talking to me man." RUTLEDGE said, "Aight man, 80 [$80 per gram of crack cocaine] even." PUGH said, "Aight man, fuck it." RUTLEDGE said, "But see this the thing." PUGH asked, "What up?" RUTLEDGE said, "Man, Imma uh, Imma, Imma have 64 [$6,400] then I'll owe you the rest [PUGH would front a portion on the narcotics]." RUTLEDGE continued, "Aight, I'll make it 82 [$8,200]." PUGH said, "Man, you're a motherfucking mark fool. Come on with your bitch ass." RUTLEDGE said, "You told me (unintelligible)." PUGH said, "Come on man, come on man, come on man, come on man." RUTLEDGE said, "And I'm bringing extra action [narcotics] with me." PUGH said, "Wh-wh-where, come on man, just come on bro." RUTLEDGE said, "Naw but on BD [Black Disciple street gang] I need to make sure it's for sure [narcotics deal] man cause he's leaving tonight and he's holding out 'til I get up there and I don't wanna get up there if you don't answer the phone." PUGH said, "Man, I told you to come on bro. I swear to God, come on man, we'll make it [narcotics transaction] happen." RUTLEDGE said, "Aight I'll be there about 6 o'clock. Be on point."

190.   At approximately 9:06 p.m. (TP3 Session #2080), PUGH, using Target Phone 3, received an incoming call from RUTLEDGE, using (319) 491-6409. PUGH said, "Saw your text, bitch." RUTLEDGE said, "Yo, Ace. You get my text?" PUGH

106

said, "I said, I saw your text." RUTLEDGE said, "Alright. I'm about 45 minutes out." PUGH said, "Aight."

191.    At approximately 10:21 p.m. (TP3 Session #2083), PUGH, using Target Phone 3, received an incoming call from RUTLEDGE, who was using telephone number (319) 491-6409.  RUTLEDGE said, "Yeah, shit I'm here. PUGH said, "Aight. I'm fittin' to meet you in about 10 minutes."

192.    At approximately 11:31 p.m. (TP3 Session #2087), PUGH, using Target Phone 3, received an incoming call from RUTLEDGE, who was using telephone number (319) 491-6409. PUGH said, "I'm right here on the porch [the Subject Premises]."  Based on my review of video surveillance, PUGH was standing on the porch of the Subject Premises at approximately 11:26 p.m. At approximately 11:32 p.m. PUGH was observed in the vestibule area of the Subject Premises.

193.    At approximately 11:30 p.m., video surveillance captured a red, Pontiac Montana with an Illinois temporary registration of 882T739,[41] arrive in the area of the Subject Premises and park. At approximately 11:31 p.m., an individual later identified as RUTLEDGE, was observed exiting the driver's door of the vehicle. At approximately 11:32 p.m.  RUTLEDGE was observed walking into the front entry door at the Subject Premises with a cell phone in hand.  RUTLEDGE was further observed in the front vestibule area conversing with PUGH. At approximately 11:32

[41] The license plate number was obtained by physical surveillance units. Illinois temporary registration 882T739 was registered to an individual at an address on S. Vernon Street in Chicago.

p.m., PUGH was observed holding a bundle of money in the vestibule area while RUTLEDGE was observed placing a black, plastic bag, which was obtained from PUGH, into his rear, pants area as RUTLEDGE walked out of the vestibule and re-entered the red, Pontiac Montana.

194.  At approximately 11:33 p.m., the red Pontiac Montana, drove northbound on Champlain Avenue, and westbound on 64th Street, away from the area. The vehicle remained under constant physical surveillance by law enforcement until approximately 11:37 p.m., when law enforcement officers conducted a traffic stop on the vehicle at 206 E. 67th Street in Chicago. Law enforcement officers conducted a search of the red Pontiac Montana and recovered one black plastic bag containing three clear plastic knotted baggies, each containing a hard white chunky substance from the inside driver's side door, underneath the window/lock control panel housing. Law enforcement officers also recovered a large sum of money from RUTLEDGE's person. Law enforcement officers took custody of both the currency and the suspect substance. Law enforcement officers subsequently weighed the suspect crack cocaine and determined that it weighed approximately 210.6 grams with packaging, including FBI evidence packaging. The total amount of currency seized was $1,350. The substance has been submitted to the DEA North Central Lab for further testing.

195.  At approximately 11:50 p.m. (TP3 Session #2090), PUGH, using Target Phone 3, placed an outgoing call to WILLIAMS, who was using the 2211 Phone.

WILLIAMS asked, "Did he [RUTLEDGE] ever answer you?" PUGH said, "Boy they [police] got him [RUTLEDGE]. Right here on 67th [Street]. I'm on Indiana [Avenue]. Come across 67th, Unc." WILLAMS said, "Goddamn." PUGH said, "I'm on Indiana or something. They [police] got him [RUTLEDGE] out the car, they searching him and shit." WILLIAMS asked, "On 67th [Street]?" PUGH said, "Yes, man." WILLIAMS said, "Aight, aight." PUGH said, "Damn." WILLIAMS asked, "I wonder did he [RUTLEDGE] throw it [suspect crack cocaine]." PUGH said, "Hell naw, it's three 63's [3 packages containing 63 grams of suspect crack cocaine]. How the fuck you gonna throw it?" PUGH continued, "They [police] on that motherfucker [the Subject Premises]. They [police] comin'." WILLIAMS said, "Yep." PUGH said, "They [police] on they way boy." WILLIAMS said, "If they [police] got her [INDIVIDUAL D] and him [RUTLEDGE]." PUGH said, "Man, they [police] on they boy. They is on they way." WILLIAMS said, "They [police] seen me coming up too then." PUGH said, "Yeah, they [police] on they way kid. On my momma, they on they way." WILLIAMS said, "Hell yeah, cause if they [police] ask him [RUTLEDGE] did he get that from out the house [the Subject Premises], it's [unintelligible] that's gone be. Hell yeah. You said 67th and Indiana?" PUGH replied, "I'm on Hartwell [Hartwell Avenue], actually." WILLIAMS said, "Aight I'm coming up. I had jumped on the [Dan Ryan] expressway. Coming down. Is it dics [detectives]?" PUGH said, "Man it's a fucking car I ain't never seen before man."

196. At approximately 11:54 p.m. (TP3 Session #2093), PUGH, using Target Phone 3, placed an outgoing call to WILLIAMS, who was using the 2211 Phone. PUGH said, "Yeah, I just saw you ride past." WILLIAMS said, "They [police] let him [RUTLEDGE] go man." PUGH asked, "They [police] let him [RUTLEDGE] go?" WILLIAMS said, "Hell yeah, he [RUTLEDGE] back in the driver's seat." PUGH said, "Get the fuck outta here." WILLIAMS said, "I'm telling you." PUGH said, "Man that's a blessing. Four's [RUTLEDGE] got that dip [hidden compartment] in that van [Pontiac Montana]. I showed him [RUTLEDGE] where that dip at. On my momma I did. I showed him where that dip at in that van, man." WILLIAMS said, "Hell yeah, they [police] walked him [RUTLEDGE] back to the car [Pontiac Montana], all 3 [officers] of 'em boy. Like a motherfucker. I'm telling ya. All 3 of them walking back to the car [police car] right now." PUGH said, "Man, I'm telling you, I just watched them [police] boy. They [police] on us bro. Shit, man, them people is on us." WILLIAMS said, "There's 3 [police] of 'em." PUGH said, "Boy them people [police] is on us boy." WILLIAMS said, "And I still ain't get the motherfucking license plate [of police vehicle]. Goddamn." PUGH said, "It's a regular [state of Illinois license plate], they got a regular. There is no license plate. It's a grayish, it's a grayish, tanish, motherfucking Taurus [Ford Taurus] man." WILLIAMS said, "Yeah that's what it [police vehicle] is. It's a Taurus. Yeah that's what it is." PUGH said, "Man hold on, this Chip [MASON]. Hold on, hold on."

110

197.    On February 27, 2018, at approximately 12:01 a.m. (TP3 Session #2098),
PUGH, using Target Phone 3, received an incoming call from RUTLEDGE, who was
using (319) 491-6409. PUGH asked, "Man, you good [not arrested by police]?"
RUTLEDGE said, "Ma. Yeah, they [police] let me go. You rode past me?" PUGH said,
"Boy, I sat there. (unintelligible) bogus waiting. Trying to see n****. What the fuck
they [law enforcement officers] say?" RUTLEDGE said, "Man, I dunno. They [police]
pulled, they was following me from the motherfucking, uh, the fire station [Chicago
Fire Department House] on 67th [67th Street]." PUGH said, "Right, so when you got
to the fire station, they [law enforcement officers] was behind you the whole time?"
RUTLEDGE said, "For about, uh, the ambulance pointed at me like we did something
to them, they [police] told us, they told them to pull us over [conduct a traffic stop].
Lemme call you right back."

198.    At approximately 12:09 a.m. (Session #2101), PUGH, using Target
Phone 3, placed an outgoing call to MASON, who was using the 4267 Phone. PUGH
said, "Yeah, it's [law enforcement vehicle] a motherf***ing gray Taurus [Ford
Taurus]. A gray, new model Taurus. It's god damn it, uh, it got three motherfuckers
[three law enforcement officers] in it, and they a tactical unit. They [law enforcement
officers] ain't ask them [RUTLEDGE and INDIVIDUAL D] for license [driver's
license] or insurance or shit. As soon as they [law enforcement officers] pulled the
motherfuckers [RUTLEDGE and INDIVIDUAL D] over, they snatched them right
out of the car. They [law enforcement officers] pulled [unintelligible] out the car, she

[INDIVIDUAL D] got license and insurance. Had her up for like 45 minutes. Tore the whole car up [law enforcement officers] searched vehicle]. They [law enforcement officers] took folks [RUTLEDGE] out of his car. Had them [RUTLEDGE and INDIVIDUAL D] for like 30 minutes but all the time, you know his shit [narcotics] in the door [driver's door under control panel/board] in that van [Pontiac Montana], they [law enforcement officers] ain't never find it. You know what I'm saying?" MASON said, "Right." PUGH said, "So they [law enforcement officers] got two misses [traffic stops with no contraband recovered], but it's just the point and they needed time. They [law enforcement officers] asked him [RUTLEDGE] where they [RUTLEDGE and INDIVIDUAL D] coming from. You know that's their [law enforcement officers] number one question, cause they watching but Nene said how it happened[42] is they [law enforcement officers] got another car sitting there [vicinity of the Subject Premises] watching and then sending that gray car [Ford Taurus] to pull motherfuckers over. MASON said, "Right." PUGH said, "It's a bitch [female law enforcement officer] and two n**** [male law enforcement officers] and a gray Taurus with regular Illinois plates [license plates] on it. Four [RUTLEDGE] said they told him when he rolled passed the motherfucking fire station on 67th [67th Street], they told him the ambulance pointed at him like they [RUTLEDGE and INDIVIDUAL D]

---

[42] On February 26, 2018, law enforcement officers conducted a traffic stop of a maroon, 2004 Chevrolet Impala, bearing Illinois license plate 252255, for traveling through a steady red traffic signal while traveling northbound through the intersection of Cottage Grove and Garfield Blvd., Chicago, Illinois. Occupants of the vehicle provided law enforcement with consent to search of the vehicle with negative results.

did something and told him [RUTLEDGE] to pull over cause they [law enforcement] blocked Four's car [Pontiac Montana RUTLEDGE was driving] off like Four was at the light [traffic light]. They [law enforcement] just came from the side and blocked his whole car and jumped out." MASON said, "Damn." PUGH said, "Yup. They [law enforcement] did her first. Then she called, cause I'm calling her. Then she called like man, they [law enforcement officers] just had me for 30 fucking minutes, woo, woo, woo. I'm like what the fuck happened? Talking about they [law enforcement officers] say I ran a light on 55th [55th Street] but they [law enforcement officers] ain't pulled me over until 51st [51st Street] so in the time they [law enforcement officers] did that, motherfucking spotter still got to be sitting there [the Subject Premises]. Tell Reno[43] [INDIVIDUAL C] to check on his people that just left with that money." MASON said to INDIVIDUAL C, "(to INDIVIDUAL C in background) Ok, Reno, he [PUGH] said check on your people who just left with that bread [money]. Aight." PUGH said, "Yeah, it's time to clean all the way up [clear out narcotics from different locations] cause that's some shit that they [law enforcement officers] just waiting on. You know? Like they [law enforcement officers] got two misses so they really ain't got no probably cause yet. You know what I'm saying?" MASON replied, "Right." PUGH said, "It ain't like nobody working out [selling narcotics] the motherfucker [MASON'S residence,

---

[43] Through monitoring sessions from Target Phone 1 and Target Phone 3, as well as analysts reporting, it is my belief that "Reno" is a nickname for INDIVIDUAL C. INDIVIDUAL C was identified as the user of telephone number (708) 483-3202 by law enforcement officers on surveillance by a positive comparison to a photograph of INDIVIDUAL C.

the Subject Premises] they [law enforcement officers] ain't caught nobody. Ain't no customers [narcotic customers] or anybody they [law enforcement officers] grabbed [arrested]." MASON said, "Exactly. Ok." PUGH said, "Man, we gotta shut that motherfucker all the way down bro [cease narcotics activity from the Subject Premises]." MASON said, "Ok." PUGH said, "You might have to use Unc ass again. Fuck that." MASON said, "Ok." PUGH said, "Man that shit crazy man. Alright."

199.   At approximately 12:15 a.m., (TP3 Session #2103), PUGH, using Target Phone 3, received an incoming call from RUTLEDGE, who was using telephone (319) 491-6409. PUGH asked, "What's up fool?" RUTLEDGE answered, "Yeah man, they [law enforcement officers] done got down on a pimp." PUGH asked, "You say what happened?" RUTLEDGE replied, "I said they [law enforcement] done got down on a pimp." PUGH said, "Man. I was trying, you ain't see me calling you right? I'm trying to tell you." RUTLEDGE said, "I thought my phone was in the car." PUGH said, "Listen, I was already trying to call you and tell you because the situation just took place the same shit. Like a motherfucker just called us like man, joe, ya'll be careful leaving up out of there [the Subject Premises]. Cause as I pulled off, another car [law enforcement] called the other car [law enforcement] that stayed down on me. I'm like what kind of car? They like a gray Taurus. So now that's why I'ma trying to catch you." INDIVIDUAL D was in the area of RUTLEDGE and spoke into the phone, saying, "They [law enforcement] said somebody put them on us." PUGH said, "Man, they [law enforcement] lying. G, they sitting there, they watching the crib [the

Subject Premises] G. Listen they watching the crib, they just, I ain't gonna call you in the car. They just did Nin and his sister the same way. Now nin and his sister just came to get some bags [narcotics] G. Ten minutes before you all in the fucking car. They hopped down on, they jumped out on Nino, at 65th [65th Street] and Cottage [Cottage Grove Avenue]." RUTLEDGE said, "That, that, blue ugh, that blue Impala [Chevrolet Impala]." PUGH asked, "What blue Impala. It was a blue Impala? The gray Taurus just had you." RUTLEDGE said, "That's who had us pulled over." PUGH said, "Yeah, a gray Taurus. That's what I'm telling you so now listen, they [law enforcement] leave Nin and them, they come sit back on the block [6400 block of Champlain Avenue] in the midst of all that, Nin calling me telling me. Soon as you leaving my phone ringing, I go in there and answer the phone and I'm like man, a gray Taurus just pulled me over, asked me a thousand motherfucking questions soon as I left you. I say, what they say? She said, they say I ran a light but I ain't ran no motherfucking light. They take me out the car, run my name and shit." INDIVIDUAL D said, "They told us [unintelligible]. They just stole our fucking money." RUTLEDGE said, "But you saw me kept looking back like they would be the police. I thought I saw a truck though but when we got to the motherfucking stop sign on 67nd and [unintelligible], here come the ambulance and they ain't have their lights on and shit but they, uh, came and they road past us, then they hit their lights and went into the fire station but we sitting at the light all the time. When I go across King [Dr. Martin Luther King Junior Drive] drive, I see this car right on my bumper but I ain't thinking

shit of it. I just see, just see the lights going off, like man." PUGH said, "The same shit Nin said. Nin said she riding and this like the motherfucking came out the sky and cut her car off." INDIVIDUAL D said, "That's how the fuck they [law enforcement] did us too. They jumped out with guns all in our faces [unintelligible] shoot me. We wasn't pulling over." RUTLEDGE said, "I wasn't gonna, I wasn't gonna pull over." PUGH said, "Right." RUTLEDGE said, "Then the cops [unintelligible] pulled up on the side of us, cut us off. But they took my money out my pocket, let us go and never gave me my shit [money] back." PUGH asked, "They didn't give you none of your money back?" INDIVIDUAL D said, "Hell no." PUGH asked, "How much was it?" RUTLEGE said, "$4300." PUGH said, "Get the fuck out of here man." RUTLEDGE said, "No, D [DEON], D I just went on [unintelligible] look for that ass." PUGH said, "That ain't [unintelligible] that's a tactical unit or some shit, man." RUTLEDGE said, "God damn." INDIVIDUAL D said, "They [law enforcement] ain't a unit from 71st [3rd District Chicago Police Department]." RUTLEDGE said, "Did you get any of that [unintelligible]." PUGH said, "naw they say they don't got no names. Ain't no names [name tags] on their vest [ballistic vests]." INDIVIDUAL D said, "Nope and she when I asked her [law enforcement] what's her name cause the bitch had me [unintelligible]." PUGH said, "It's one bitch, she said it's a black bitch, a black n**** and a Mexican." PUGH continued, "Yeah, I swear to God, Nin just said the same shit. We [PUGH and WILLIAMS] right there posted. I was sitting on the block [67th Street right] right in front of ya'll with my lights out just looking at ya'll.

116

I had you see the tan van kept riding back and forth past you?" RUTLEDGE said, "Yeah, yeah?" PUGH said, "That's Unc [WILLIAMS]. I got Unc riding back and forth past. I'm saying to Unc, I say man, I know Shitty [RUTLEDGE], he gone try to bust a move. We need to be right here to pick him up and get him up out this jam. I swear to God. Boy I was already on your ass boy." RUTLEDGE said, "It was over with, I swear I wasn't ready to pull it over. I was like damn all this shit [narcotics]. I though [unintelligible] I ain't even checked to make sure they didn't find it [narcotics]." INDIVIDUAL D said, "Cause they [law enforcement] probably stole that [narcotics] too." RUTLEDGE said, "Yeah they got away with my whole 1,400 [$1,400]." PUGH said, "No they ain't find that shit [narcotics]. They'd of found that shit your ass woulda been gone [arrested]." RUTLEDGE said, "Maybe they found it." PUGH asked, "They found it?" RUTLEDGE said, "Yeah. Yup." INDIVIDUAL D said, "Pull over. Pull over [telling RUTLEDGE to pull the vehicle over]." PUGH said, "You trippin' for real, pull over four." RUTLEDGE said, "On BD [Black Disciple street gang] they [law enforcement] got it [narcotics]." PUGH asked, "So they found some shit and just let you go?" RUTLEDGE said, "They found everything [narcotics] you just gave me boy. On BD it's not in this car." PUGH said, "Man, you might need to go down up in the spot [location on the driver's door under the control panel board]." RUTLEDGE said, "Bro, bro, bro I'm telling you. On BD I know the shit [narcotics], the shit didn't even want to stuff in there [under the control panel board]. I'm tell you. He [law enforcement] found that shit on BD. They kept all that shit. I'm telling you." PUGH

said, "So what the fuck they [law enforcement] take? How the fuck they take they do that and let you though?" RUTLEDGE said, "This shit woulda been sitting right here on the top bro. [unintelligible]. They got it. They gonna save that shit for a later day. On BD they got it." PUGH said, "Man, that shit, all shit sound crazy as hell now. Now I'm really fucked up in the head man." RUTLEDGE said, "On my momma they got it [narcotics]. Baby [speaking to INDIVIDUAL D] it's in a plastic bag, you don't see shit right there? On BD they got it and kept it all." PUGH said, "Man hold on, hold on Shitty [RUTLEDGE]. Hold on, hold on. No they ain't go back. Hold on. I'mma hang up Shitty."

200. At approximately 12:22 a.m. (TP3 Session #2105), PUGH, using Target Phone 3, placed an outgoing call to RUTLEDGE using (319) 491-6409. PUGH said, "Hey Shitty [RUTLEDGE]." RUTLEDGE said, "On my momma, they [law enforcement officers] got it [narcotics] somehow. Either they got it [unintelligible]." PUGH said, "How much they take from you?" RUTLEDGE said, "Like, they got all 3 halsteds [3-63 gram packages of crack cocaine]." PUGH asked, "And your money and let you go?" RUTLEDGE replied, "And the cash. But I told you when I looked back, I saw dude [law enforcement] ripping shit like he found it [narcotics] (unintelligible). He looked right up in it [unintelligible] on my momma." PUGH said, "Wow. You hear that bro? I'm telling my man. I just called my man."

201. At approximately 1:13 a.m. (Session #2119), PUGH, using Target Phone 3, placed an outgoing call to MASON, who was using the 4267 Phone. PUGH said,

"Yeah, I just got to talking to Reno [INDIVIDUAL C]. He [INDIVIDUAL C] had met me at the Walgreens. I was still, god damn it, just riding around the blocks and shit, just, man, that shit crazy though man. I don't understand that shit now [law enforcement officers activity], man." MASON said, "Yeah." PUGH said, "Shorty [RUTLEDGE] talkin' about they got the shit [narcotics] man. I said, man are you sure? He [RUTLEDGE] talking about man, bro, he say on my momma man. They [law enforcement officers] got all that shit [narcotics]. That shit just don't sound right. You can call, that's the first thing. They let you go, the first thing you gonna do is check the spot [location the narcotics were concealed] right?" MASON replied, "Uh-huh." PUGH said, "He [RUTLEDGE] waiting, he riding then he like man, I don't even know if they [law enforcement officers] found the shit [narcotics] or not. Then he say, man they found the shit [narcotics] too and they took my money. You know what I'm saying. I dunno if he full of shit lying or what. I dunno man. I dunno man. That shit crazy man. That shit crazie than a motherfucker man." MASON said, "Well." PUGH said, "I dunno what the fuck to think." MASON said, "[unintelligible]" PUGH asked, "Huh?" MASON replied, "Been too much going on man." PUGH said, "You say been too much, been too much going on over there?" MASON said, "Way too much." PUGH said, "Yeah for us to be laying like that, that shit too, that shit too crazy man." MASON said, "Way too much action [law enforcement activity]. Then the shit with new, what the fuck happened right there." PUGH asked, "You say what happened?" MASON said, "I said the shit with new. What the fuck happened right there. What

they could have possibly said there." PUGH said, "But see it's been crazy 'cause they [law enforcement officers] started with Reno[44] [INDIVIDUAL C] though. Remember?" MASON replied, "Yeah." PUGH said, "Started with Reno. They [law enforcement officers] grabbed [law enforcement officers performed traffic stop] him first, a minute ago. That's why he ain't want that car [gray, 2006 Toyota Camry bearing Illinois license plate AN79484[45] and shit no more. You know what I'm saying? It started right there [traffic stop of INDIVIDUAL C]. Then ever since then it has just been alotta crazy shit, just going on. Man. But we said, we said we was gonna clean up from there, you know what I'm saying?" MASON said, "Uh-huh. Way too much crazy shit." PUGH said, "Man, shit. I don't know man. Motherfuckers man. This shit crazy. Man, then I'm just thinking back to that motherfucking van following me that day. Uh, shit was all kinds of crazy. That shit got me motherfucking fucked up in the head. I'm trying to. Huh?" MASON said, "I said I was thinking the same thing. Motherfuckers van following motherfuckers and all that shit." PUGH said, "Motherfucker followed me from right there that day man, I'm telling you. I know it was. Remember I told you. But I wasn't doing nothing though, remember. I was just

---

[44] "They started with Reno" is believed to be a reference to the February 12, 2018 traffic stop by law enforcement officers of INDIVIDUAL C, who was driving a gray, 2006 Toyota Camry bearing Illinois license plate AN79484. Law enforcement officers conducted a stop of INDIVIDUAL C after law enforcement officers monitored call sessions indicating INDIVIDUAL C was picking up narcotics from PUGH who was located at MASON's residence of the Subject Premises. INDIVIDUAL C was observed arriving at the Subject Premises and then driving away from the residence in aforementioned vehicle. Law enforcement officers conducted a traffic stop and searched the vehicle with negative results.

[45] Illinois license plate AN79484 is registered to a 2006, Toyota Camry, gray in color.

120

riding. But it's just the point. The motherfucker was following me, like it was trying to see if I was doing something, ya know. Following me to god damn it King Drive [Dr. Martin Luther King Jr. Drive] and following me up the street, following me this way, I kept busting U's [U-turns] looking at they motherfucking ass, though. I'm trying to see if they [law enforcement officers] found that shit, then they [law enforcement officers] ain't put it on him [arrest RUTLEDGE for recovered narcotics]. What the fuck could they [law enforcement officers] do with it [recovered narcotics]? Man that shit crazy. He [RUTLEDGE] say they [law enforcement officers] ain't run his name or shit. They ain't even ask for his ID, they jumped out with guns out and snatched him [removed from vehicle] straight up."

## IV.  CONCLUSION

202.  Based on the foregoing, there is probable cause to believe that:

a.  From on or about September 7, 2017, and continuing until at least March 8, 2018, at Chicago, in the Northern District of Illinois and elsewhere, defendants JONATHAN MASON, EDUARDO ANDERSON, DERRICK WILTZ, KEVIN TWYMAN, DENNIS MYERS, DEON PUGH, RYAN PEARSON, MARTELL WHITE, ALVIN WILLIAMS, and PARIS OBRYANT did conspire with each other, and with others known and unknown, to knowingly and intentionally possess with intent to distribute and distribute controlled substances, namely 100 grams or more of mixtures and substances containing a detectable amount of heroin, a Schedule I Controlled Substance; 400 grams or more of mixtures and substances containing a

detectable amount of fentanyl, a Schedule I Controlled Substance; and 28 grams or more of mixtures and substances containing a detectable amount of cocaine base, a Schedule II Controlled Substance; in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

b.     On or about February 26, 2018, at Chicago, in the Northern District of Illinois, defendant WILLIAM RUTLEDGE knowingly and intentionally possessed with intent to distribute controlled substances, namely 28 grams or more of mixtures and substances containing a detectable amount of cocaine base, a Schedule II Controlled Substance; in violation of 21 U.S.C. § 841(a)(1).

FURTHER AFFIANT SAYETH NOT.


EMILY M. MUNCHIADO
Special Agent
Federal Bureau of Investigation


SUBSCRIBED and SWORN
before me this 13th day of March, 2018.


MARIA VALDEZ
United States Magistrate Judge